```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SILICON VALLEY BANK,                                             :
                                                                 :
                            Plaintiff,                           :
                                                                 :         21-CV-2552 (JPC)
        -v-                                                      :
                                                                 :         ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S.                     :
SMERLING,                                                        :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's requests for an order for expedited discovery and a temporary restraining order. *See* Dkts. 21-23. The Court will hold a conference to address these requests on March 29, 2021 at 11:30 a.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

SO ORDERED.

Dated: March 29, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge