```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
SILICON VALLEY BANK,                                    :
                                                        :
                        Plaintiff,                      :
                                                        :         21-CV-2552 (JPC)
        -v-                                             :
                                                        :         ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S.            :
SMERLING,                                               :
                                                        :
                        Defendants.                     :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's request for an order of attachment and temporary restraining order. *See* Dkts. 27-29. The Court will hold a conference to address these requests on March 31, 2021 at 4:00 p.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

SO ORDERED.

Dated: March 31, 2021
       New York, New York

                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge