UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SILICON VALLEY BANK, :
:
Plaintiff, :
: 21-CV-2552 (JPC)
-v- :
: ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S. :
SMERLING, :
:
Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 27, 2021, Plaintiff filed a letter motion requesting a Local Rule 37.2 conference regarding third-party Sumitomo Mitsui Banking Corporation's ("SMBC") alleged refusal to produce certain documents in response to a Rule 45 subpoena. (Dkt. 46.) On April 28, 2021, SMBC filed a letter stating that it complied with Plaintiff's document requests and asked the Court to dismiss Plaintiff's request for a conference as moot. (Dkt. 48.)

In light of SMBC's letter, the Court denies Plaintiff's request for a Local Rule 37.2 conference without prejudice. If Plaintiff disagrees that SMBC has complied with the subpoena and believes a Local Rule 37.2 conference is necessary, Plaintiff shall file a letter stating so.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 46.

SO ORDERED.

Dated: April 28, 2021
New York, New York   _____
JOHN P. CRONAN
United States District Judge