```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SILICON VALLEY BANK,                                             :
                                                                 :
                              Plaintiff,                         :
                                                                 :      21-CV-2552 (JPC)
        -v-                                                      :
                                                                 :      ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S.                     :
SMERLING,                                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's request for an order of attachment and temporary restraining order. *See* Dkts. 55-57. The Court will hold a conference to address these requests on June 2, 2021 at 11:00 a.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

   SO ORDERED.

Dated: June 1, 2021
   New York, New York                    _____
                                              JOHN P. CRONAN
                                         United States District Judge