UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
SILICON VALLEY BANK, :
:
                      Plaintiff, :
: 21-CV-2552 (JPC)
     -v- :
: ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S. :
SMERLING, :
:
                      Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The conference scheduled for June 2, 2021 at 11:00 a.m. is adjourned to June 3, 2021 at 3:00 p.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

    SO ORDERED.

Dated: June 1, 2021
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge