UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SILICON VALLEY BANK, :
:
                 Plaintiff, :
: 21-CV-2552 (JPC)
   -v- :
: ORDER
JES GLOBAL CAPITAL GP III, LLC and ELLIOT S. :
SMERLING, :
:
                 Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties, and any other interested parties, shall appear before the undersigned for a conference to discuss the pending motion for a joint receivership. *See* Dkt. 86. The conference shall take place on July 19, 2021 at 11:00 a.m. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

    The Court will also order counsel in *Citizens Bank, N.A. v. JES Global Capital II, L.P.*, No. 21 Civ. 5766 (JPC) (S.D.N.Y.) to attend.

    SO ORDERED.

Dated: July 12, 2021
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge