UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2021
```

In Re SMERLING LITIGATION

21 Civ. 2552 (JPC)

### PROPOSED CLERK'S CERTIFICATE OF DEFAULT
### AS TO DEFENDANT JES GLOBAL CAPITAL GP III, LLC

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the action *Silicon Valley Bank* v. *JES Global Capital GP III, LLC*, No. 21 Civ. 2552 (now consolidated with the action *Citizens Bank* v. *JES Global Capital II, L.P.*, No. 21 Civ. 5766 under the caption *In re Smerling Litigation*, No 21. Civ. 2552) was commenced against, among others, JES Global Capital GP III, LLC on March 24, 2021 with the filing of a summons and a complaint. (ECF Nos. 1, 3, 4.) As set forth in the proof of service filed on April 22, 2021, a copy of the summons and complaint was served on Defendant JES Global Capital GP III, LLC by personally serving Defendant JES Global Capital GP III, LLC's registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, DE 19808, on April 20, 2021. (ECF No. 44.)

I further certify that the docket entries indicate that the Defendant JES Global Capital GP III, LLC, has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant JES Global Capital GP III, LLC is hereby noted.

Dated: September 21, 2021

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk