UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SMERLING LITIGATION,

21 Civ. 2552 (JPC)

**DECLARATION OF JAMES FELTMAN
WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT
COVERING THE PERIOD JULY 1, 2021 THROUGH SEPTEMBER 30, 2021**

JAMES FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2.      Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period July 1, 2021 through September, 30, 2021.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2021.

_____
JAMES S. FELTMAN

# Exhibit 1

10950667-1

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

**Table of Contents**

Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2021 ........................................1

Monies Collected for the Quarter Ended September 30, 2021 ...........................................................................................2

    Proceeds from Checking, Savings, Investment, and Other Bank Accounts.................................................................2

    Proceeds from the Sales of Motor Vehicles .......................................................................................................................6

    Borrower Payments on Outstanding Notes Receivable ..................................................................................................7

    Miscellaneous Refunds and Other Collections..................................................................................................................8

Expenditures for the Quarter Ended September 30, 2021 .................................................................................................9

Check Disbursements for the Quarter Ended September 30, 2021 ...............................................................................10

Statements for Receivership Accounts ................................................................................................................................11

**Attachments**

<u>Attachment 1</u> – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended July 31, August 31, and September 30, 2021

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2021

| | |
|---|---:|
| Balances as of June 30, 2021[1] | $    205,000 |
| | |
| Additions: | |
| Proceeds from checking, savings, investment, and other bank accounts | $  3,811,270 |
| Proceeds from the sales of motor vehicles | 701,000 |
| Borrower payments on outstanding notes receivable | 11,476 |
| Miscellaneous refunds and other collections | 9,877 |
| **Total Additions** | **$  4,533,623** |
| | |
| Subtractions: | |
| Insurance expense | $      7,779 |
| Chargebacks of borrower payments on outstanding notes receivable | 4,918 |
| Bank fees | 372 |
| **Total Subtractions** | **$      13,069** |
| | |
| **Net Additions (Subtractions)** | **$  4,520,554** |
| | |
| Balances as of September 30, 2021 | $  4,725,554 |

---

[1] Balance includes a loan from Citizens Bank, N.A. in the amount of $200,000.00 bearing simple interest at a rate of 3% per annum.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | Proceeds from Checking, Savings, Investment, and Other Bank Accounts | | |
| 1 | 7/13/21 | $ 219,677.54 | TD Ameritrade Clearing | Check No. 17654853 dated 6/17/21 representing proceeds from Account No. x7190, JES Global Capital II LP. |
| 2 | 7/13/21 | 202,830.61 | TD Ameritrade Clearing | Check No. 17654856 dated 6/17/21 representing proceeds from Account No. x4873, JES Global Capital LP. |
| 3 | 7/13/21 | 172,268.85 | TD Ameritrade Clearing | Check No. 17655501 dated 6/17/21 representing proceeds from Account No. x5890, JES Special Opportunities Venture Fund LP. |
| 4 | 7/13/21 | 2,779.71 | TD Ameritrade Clearing | Check No. 17654262 dated 6/17/21 representing proceeds from Account No. x5166, Smerling Financial Group Inc. |
| 5 | 8/9/21 | 121,663.55 | TD Ameritrade Clearing | Check No. 17654854 dated 6/17/21 representing proceeds from Account No. x0098, JES Global Capital III LP. |
| 6 | 8/9/21 | 2,500.00 | MUFG Union Bank, N.A. | Check No. 0969032026 dated 4/1/21 representing proceeds from Account No. x1257, JES Global Capital III LP. |
| 7 | 8/9/21 | 2,277.82 | Western Alliance Bank | Check No. 132758 dated 3/18/21 representing proceeds from Account No. x4388, JES Global Capital II LP. |
| 8 | 8/9/21 | 2,238.04 | Western Alliance Bank | Check No. 132763 dated 3/18/21 representing proceeds from Account No. x5250, JES Special Opportunities Venture Fund GP LLC. |
| 9 | 8/9/21 | 2,238.04 | Western Alliance Bank | Check No. 132764 dated 3/18/21 representing proceeds from Account No. x9262, JES Special Opportunities Venture Fund LP. |
| 10 | 8/9/21 | 2,236.53 | Western Alliance Bank | Check No. 132757 dated 3/18/21 representing proceeds from Account No. x9338, JES Global Capital GP II LLC. |
| 11 | 8/9/21 | 2,138.47 | Western Alliance Bank | Check No. 132759 dated 3/18/21 representing proceeds from Account No. x4778, JES Global Capital GP LLC. |
| 12 | 8/9/21 | 2,029.36 | Western Alliance Bank | Check No. 132760 dated 3/18/21 representing proceeds from Account No. x9221, JES Global Capital LP. |
| 13 | 8/9/21 | 1,848.95 | Western Alliance Bank | Check No. 132761 dated 3/18/21 representing proceeds from Account No. x6314, JES Global Capital III LP. |
| 14 | 8/9/21 | 1,835.09 | Western Alliance Bank | Check No. 132762 dated 3/18/21 representing proceeds from Account No. x4575, JES Global Capital GP III LLC. |
| 15 | 8/9/21 | 909.00 | MUFG Union Bank, N.A. | Check No. 0969032027 dated 4/1/21 representing proceeds from Account No. x1354, JES Global Capital GP III LLC. |
| 16 | 8/9/21 | 909.00 | MUFG Union Bank, N.A. | Check No. 0969032028 dated 4/1/21 representing proceeds from Account No. x2741, JES Special Opportunities Venture Fund LP. |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| Proceeds from Checking, Savings, Investment, and Other Bank Accounts (continued) | | | | |
| 17 | 8/9/21 | $ 909.00 | MUFG Union Bank, N.A. | Check No. 0969032029 dated 4/1/21 representing proceeds from Account No. x2768, JES Special Opportunities Venture Fund GP LLC. |
| 18 | 8/9/21 | 0.75 | TD Ameritrade Clearing | Check No. 17481853 dated 4/12/21 representing proceeds from Account No. x7297, Elliot S Smerling. |
| 19 | 8/25/21 | 82,586.54 | Bank of America, N.A. | Check No. 6198605061 dated 8/20/21 representing proceeds from the following accounts:<br>• Account No. x0979, Alligator Trail LLC;<br>• Account No. x6241, Revivify LLC; and<br>• Account No. x6426, Revivify LLC. |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | | |

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| **Proceeds from Checking, Savings, Investment, and Other Bank Accounts (continued)** | | | | |
| 20 | 9/3/21 | $ 2,580,937.23 | JPMorgan Chase Bank, N.A. | Wire representing proceeds from the following accounts:<br>• Account No. x6503, Smerling Financial Group Management Inc;<br>• Account No. x1123, Canes One LLC;<br>• Account No. x5982, Alligator Trail LLC;<br>• Account No. x2962, Canes Two LLC;<br>• Account No. x0633, Canes Twelve LLC;<br>• Account No. x8172, Canes Fourteen LLC;<br>• Account No. x3027, Canes Eighteen LLC;<br>• Account No. x9271, Canes Nineteen LLC;<br>• Account No. x2772, Revivify of Fort Lauderdale LLC;<br>• Account No. x3517, Renew Station LLC;<br>• Account No. x6038, Smerling Financial Group LLC;<br>• Account No. x8253, Revivify Dermatology LLC;<br>• Account No. x7358, Canes Four LLC;<br>• Account No. x3873, Canes Six LLC;<br>• Account No. x7326, Canes Thirteen LLC;<br>• Account No. x0197, Canes Fifteen LLC;<br>• Account No. x5950, Canes Sixteen LLC;<br>• Account No. x0198, Canes Twenty LLC;<br>• Account No. x3635, Canes Twenty Three LLC;<br>• Account No. x7396, Canes Twenty Four LLC;<br>• Account No. x9434, Elliot S Smerling;<br>• Account No. x7162, Elliot S Smerling or Elaine M Smerling Tenants By The Entirety;<br>• Account No. x7212, Elliot S Smerling or Jill S Kirsch JTWROS;<br>• Account No. x7238, Elliot S Smerling or Julia Emma Smerling JTWROS;<br>• Account No. x7279, Elliot S Smerling or Sophia A Smerling JTWROS; and<br>• Account No. x2657, Elliot S Smerling Irrevocable Trust. |
| 21 | 9/10/21 | 348,969.59 | JPMorgan Chase Bank, N.A. | Check No. 04646842 dated 9/9/21 representing proceeds from Account No. x7001, Elliot S Smerling and Jill S Kirsch. |
| 22 | 9/10/21 | 47,493.92 | JPMorgan Chase Bank, N.A. | Check No. 04644718 dated 9/7/21 representing proceeds from Account No. x2004, Canes Eleven LLC. |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| Proceeds from Checking, Savings, Investment, and Other Bank Accounts (continued) | | | | |
| 23 | 9/24/21 | $  9,993.04 | Silicon Valley Bank | Wire representing proceeds from Account No. x3794, JES Global Capital GP III LLC. |
| | | $ 3,811,270.63 | Subtotal, Proceeds from Checking, Savings, Investment, and Other Bank Accounts | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

**Monies Collected for the Quarter Ended September 30, 2021 (continued)**

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Proceeds from the Sales of Motor Vehicles** | |
| 24 | 9/1/21 | $ 672,000.00 | Miami Automotive Retail Inc. | Wire for the purchase of the following automobiles previously owned by Canes Twelve LLC:<br>• 1991 Harley-Davidson Fat Boy, 1HD1BML15MY023788;<br>• 1996 Triumph Thunderbird, SMT395DJ3TJ030774;<br>• 2014 Ford F150, 1FTFW1R65EFC08045;<br>• 2017 Ferrari California, ZFF77XJA1H0223395;<br>• 2017 Mercedes Benz AMG G63 SUV, WDCYC7DFXHX267273;<br>• 2017 Polaris General 4 1000E (ATV), 3NSRHE996HH872889;<br>• 2017 Porsche Panamera, WP0BF2A76HL187026;<br>• 2020 Chevrolet Corvette Stingray, 1G1Y83D41L5113207;<br>• 2021 Mercedes Benz Midwest 3500XD, W1X8ED3Y9LP205907; and<br>• 2021 Audi SQ8, WA1CWBF14MD010921. |
| 25 | 9/20/21 | 29,000.00 | Bruce L Udolf P.A. | Check No. 1480 dated 9/14/21 for the purchase on behalf of Richard Annunizata of the following automobile previously owned by Canes Twelve LLC:<br>• 2019 Infiniti QX60, 5N1DL0MN7KC502659. |
| | | $ 701,000.00 | **Subtotal, Proceeds from the Sales of Motor Vehicles** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Borrower Payments on Outstanding Notes Receivable** | |
| 26 | 8/9/21 | $ 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0088712287 dated 3/10/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 27 | 8/9/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0095706716 dated 4/9/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 28 | 8/9/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0002563159 dated 5/10/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 29 | 8/9/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0009411556 dated 6/10/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 30 | 8/9/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0015751151 dated 7/9/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 31 | 9/10/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0022885984 dated 8/10/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 32 | 9/20/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0040907490 dated 9/10/21 paid to Canes Six LLC representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| | | $ 11,476.15 | **Subtotal, Borrower Payments on Outstanding Notes Receivable** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Monies Collected for the Quarter Ended September 30, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Miscellaneous Refunds and Other Collections** | |
| 33 | 8/9/21 | $    8,500.00 | Northland Chrysler Dodge Jeep Ram | Check No. 21119 dated 4/13/21 representing a refund issued to Canes Twelve LLC. |
| 34 | 8/9/21 | 1,324.71 | American General Life Insurance Company | Check No. 002432880 dated 6/29/21 paid to Smerling Financial Group Inc. |
| 35 | 8/9/21 | 51.83 | AT&T | Check No. 6774477323 dated 4/13/21 representing a refund issued to Canes Nineteen LLC. |
| | | $    9,876.54 | **Subtotal, Miscellaneous Refunds and Other Collections** | |
| | | **$ 4,533,623.32** | **Total Monies Collected** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2021

### Expenditures for the Quarter Ended September 30, 2021

| Item | Date | Amount | Payee | Budget Category and Description |
|------|------|--------|-------|--------------------------------|
| 1 | 8/11/21 | $  7,778.89 | Chubb Insurance Company of Europe SE | **Insurance Expense** – Premiums under High Value Household Insurance Policy No. 32842135 for Flat 32, Riverside Court, 20 Nine Elms Lane, London, United Kingdom in the name of Canes UK Holdings Limited (£5,476.80). |
| 2 | 7/15/21 | 19.94 | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2847. |
| 3 | 7/15/21 | 10.00 | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 4 | 7/15/21 | 10.00 | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2928. |
| 5 | 8/11/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | **Not Budgeted** – Bank reversal (chargeback) of borrower interest payment (Monies Collected Iptem #26 above). |
| 6 | 8/11/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | **Not Budgeted** – Bank reversal (chargeback) of borrower interest payment (Monies Collected Item #27 above). |
| 7 | 8/11/21 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | **Not Budgeted** – Bank reversal (chargeback) of borrower interest payment (Monies Collected Item #28 above). |
| 8 | 8/16/21 | 11.10 | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 9 | 8/16/21 | 10.00 | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 10 | 8/16/21 | 10.00 | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2928. |
| 11 | 8/31/21 | 20.00 | City National Bank | **Not Budgeted** – Returned mail fee. |
| 12 | 9/15/21 | 62.21 | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2847. |
| 13 | 9/15/21 | 10.00 | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 14 | 9/15/21 | 3.21 | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 15 | 9/22/21 | 205.07 | Harland Clarke | **Not Budgeted** – Check order fee for account ending x2928. |
| | | $   13,068.77 | **Total Expenditures** | |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2021

<u>**Check Disbursements for the Quarter Ended September 30, 2021**</u>

Not Applicable – No expenditures for the quarter ended September 30, 2021 were made with checks drawn on the City National Bank Receivership accounts.

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2021

### Statements for Receivership Accounts

Refer to the **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928
for the periods ended July 31, August 31, and September 30, 2021.

 **City National** Private

### CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center** 
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:        9:00am - 5:00pm

P:12506 / T: / S:


ELLIOT SMERLING RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
C/O KROLL 15280 NW 79TH STREET
MIAMI FL 

For additional locations
and hours, please visit
citynational.com

 **Member FDIC**     **EQUAL HOUSING LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $205,000.00 |
| Last Statement: | June 30, 2021 | Ending Balance: | $582,849.23 |
| This Statement: | July 30, 2021 | Average Ledger Balance: | $431,711.53 |
| | | Low Balance: | $205,000.00 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 205,000.00 |
| 07-13 | Deposit | 377,879.17 | | 582,879.17 |
| 07-15 | Paper Statement Fee | | 10.00 | 582,869.17 |
| 07-15 | Monthly Service Fee | | 19.94 | 582,849.23 |
| 07-30 | Ending totals | 377,879.17 | 29.94 | 582,849.23 |





**Everywhere you are.**

> **Text Messaging Banking**

Request and retrieve a variety
of account information without
having to sign in to online
banking. By texting BAL,
LAST or TRANS to 454545,
you can obtain your primary
balance, last five transactions
or transfer funds to your
primary account.

*We won't charge you, but
standard carrier fees for text
messaging may apply. Must
be enrolled in Online Banking.

Continued on the next page

**Join us on social media!** 

 **City National Private**

# Closer to you.

We are pleased to announce the rebranding of our Private Client Group
and Private Wealth Management as **City National Private.**

Being close means more than just being near our clients. It means
building the type of relationships that allow us to create solutions
engineered to fit each client.

**(800) 383-4413**

Amount: $377,879.17  Date: 07/13/2021



Amount: $377,879.17  Date: 07/13/2021





## CLIENT SERVICES



| | **Online** |  | **CityTel** |
|---|---|---|---|
| | citynationalprivate.com | | 1-800-762-CITY (2489) |

**Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

P:1222 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
C/O KROLL 15280 NW 79TH STREET
MIAMI FL

For additional locations
and hours, please visit
citynational.com

 

Member **FDIC**     EQUAL HOUSING **LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $582,849.23 |
| Last Statement: | July 30, 2021 | Ending Balance: | $814,535.92 |
| This Statement: | August 31, 2021 | Average Ledger Balance: | $708,876.53 |
| | | Low Balance: | $582,849.23 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 07-30 | Beginning balance | | | 582,849.23 |
| 08-09 | Deposit | 161,807.39 | | 744,656.62 |
| 08-11 | Charge Back Item Check 2563159 | | 1,639.45 | 743,017.17 |
| 08-11 | Charge Back Item Check 88712287 | | 1,639.45 | 741,377.72 |
| 08-11 | Charge Back Item Check 95706716 | | 1,639.45 | 739,738.27 |
| 08-11 | Wire Transfer Chubb Insurance Compa Wfbius6ssfo | | 7,778.89 | 731,959.38 |
| 08-16 | Paper Statement Fee | | 10.00 | 731,949.38 |
| 08-25 | Deposit | 82,586.54 | | 814,535.92 |
| 08-31 | Ending totals | 244,393.93 | 12,707.24 | 814,535.92 |



## GET A CLEAR PICTURE OF YOUR FINANCES.

**Money Management** is the spending and budgeting tool to stay on course. **Money Management** allows you to set up a budget and monitor spending in your accounts to quickly see where your money goes and helps you take control of it.

Visit your online banking or speak to your banker for more information.

Continued on the next page

### Join us on social media!





*If you can imagine it,*
*we can help make it happen.*

The many dimensions of your life require differentiated levels of service.
Discreet. Flexible. Comprehensive. There are many ways to realize your
dreams, and we are here to help them come true with customized solutions.

- Aircraft Lending
- Yacht Financing
- Art Lending
- Signature Line of Credit

Amount: $161,807.39  Date: 08/09/2021



Amount: $161,807.39  Date: 08/09/2021





Amount: $82,586.54  Date: 08/25/2021

Amount: $82,586.54  Date: 08/25/2021



# City National Private

### CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:      Monday - Friday:         9:00am - 5:00pm

P:1205 / T: / S: 



ELLIOT SMERLING RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
C/O KROLL 15280 NW 79TH STREET
MIAMI FL

For additional locations
and hours, please visit
citynational.com

 **Member FDIC**

 **EQUAL HOUSING LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $814,535.92 |
| Last Statement: | August 31, 2021 | Ending Balance: | $4,506,136.39 |
| This Statement: | September 30, 2021 | Average Ledger Balance: | $4,187,610.40 |
| | | Low Balance: | $1,486,535.92 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 814,535.92 |
| 09-01 | Wire Transfer Miami Automotive Reta 02100002137Ft03 | 672,000.00 | | 1,486,535.92 |
| 09-03 | Wire Transfer Bk One-natl Acc Main 02100002147Ft03 | 2,580,937.23 | | 4,067,473.15 |
| 09-10 | Deposit | 49,133.37 | | 4,116,606.52 |
| 09-10 | Deposit | 348,969.59 | | 4,465,576.11 |
| 09-15 | Paper Statement Fee | | 10.00 | 4,465,566.11 |
| 09-15 | Monthly Service Fee | | 62.21 | 4,465,503.90 |
| 09-20 | Deposit | 30,639.45 | | 4,496,143.35 |
| 09-24 | Wire Transfer Svb - Deposit Operati 12114039916Ft03 | 9,993.04 | | 4,506,136.39 |
| 09-30 | Ending totals | 3,691,672.68 | 72.21 | 4,506,136.39 |

Continued on the next page



# CELEBRATING 75 YEARS.

We've come a long way since opening our
first location in North Miami Beach under
the name "North Shore Bank" in 1946.
Join us in celebrating a bright future built
on a proud history of growing Florida.

Learn more at wegrowflorida.com

**City National Bank** BCI FINANCIAL GROUP
WE GROW FLORIDA



## Join us on social media!



# Accessing your finances just got more convenient.
## You can now see account balances and view transactions at a glance – on your watch!

## Introducing our free* smartwatch banking app.

Download the latest mobile
banking app now from: 

*Our app is free, however, standard rates and fees from your wireless carrier may apply. The Apple® logo,
Apple Watch® and iPhone® are trademarks of Apple Inc., registered in the U.S. and other countries.
The Android™ logo, Android Wear™ and other Google trademarks are property of Google LLC.



Amount: $49,133.37  Date: 09/10/2021

Amount: $49,133.37  Date: 09/10/2021

Amount: $348,969.59  Date: 09/10/2021

Amount: $348,969.59  Date: 09/10/2021

Amount: $30,639.45  Date: 09/20/2021

Amount: $30,639.45  Date: 09/20/2021

 City National Private

### CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

12426 1 SP 0.510                    P:12426 / T:41 / S:



JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
C/O KROLL  15280 NW 79TH STREET
MIAMI FL 33016



For additional locations
and hours, please visit
citynational.com

 Member **FDIC**     EQUAL HOUSING **LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $0.00 |
| Last Statement: | June 30, 2021 | Ending Balance: | $219,667.54 |
| This Statement: | July 30, 2021 | Average Ledger Balance: | $219,668.65 |
| | | Low Balance: | $219,667.54 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 0.00 |
| 07-13 | Deposit | 219,677.54 | | 219,677.54 |
| 07-15 | Paper Statement Fee | | 10.00 | 219,667.54 |
| 07-30 | Ending totals | 219,677.54 | 10.00 | 219,667.54 |



**Everywhere you are.**

**Text Messaging Banking**

Request and retrieve a variety of account information without having to sign in to online banking. By texting BAL, LAST or TRANS to 454545, you can obtain your primary balance, last five transactions or transfer funds to your primary account.

*We won't charge you, but standard carrier fees for text messaging may apply. Must be enrolled in Online Banking.

Continued on the next page

**Join us on social media!** 

 City National Private

# Closer to you.

We are pleased to announce the rebranding of our Private Client Group and Private Wealth Management as **City National Private.**

Being close means more than just being near our clients. It means building the type of relationships that allow us to create solutions engineered to fit each client.

**(800) 383-4413**

Amount: $219,677.54 Date: 07/13/2021

Amount: $219,677.54 Date: 07/13/2021

DEPOSIT TICKET CHECKING / MONEY MARKET ACCOUNT

City National Bank

DATE 07/13/2021

NAME Jes Global Capital II LLC

* 30000342928

$ 21967754

004




 **City National** Private

## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

P:1263 / T: / S:



JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
RETURN MAIL
CIS DEPT

For additional locations
and hours, please visit
citynational.com

 Member **FDIC**    EQUAL HOUSING **LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,667.54 |
| Last Statement: | July 30, 2021 | Ending Balance: | $219,626.44 |
| This Statement: | August 31, 2021 | Average Ledger Balance: | $219,656.99 |
| | | Low Balance: | $219,646.44 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 07-30 | Beginning balance | | | 219,667.54 |
| 08-16 | Paper Statement Fee | | 10.00 | 219,657.54 |
| 08-16 | Monthly Service Fee | | 11.10 | 219,646.44 |
| 08-31 | Return Mail Fee | | 20.00 | 219,626.44 |
| 08-31 | Ending totals | 0.00 | 41.10 | 219,626.44 |



## GET A CLEAR PICTURE OF YOUR FINANCES.

**Money Management** is the spending and budgeting tool to stay on course. **Money Management** allows you to set up a budget and monitor spending in your accounts to quickly see where your money goes and helps you take control of it.

Visit your online banking or speak to your banker for more information.

**Join us on social media!** 



## If you can imagine it, we can help make it happen.

The many dimensions of your life require differentiated levels of service.
Discreet. Flexible. Comprehensive. There are many ways to realize your
dreams, and we are here to help them come true with customized solutions.

· Aircraft Lending        · Art Lending
· Yacht Financing        · Signature Line of Credit



## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:        Monday - Friday:        9:00am - 5:00pm

P:1251 / T: / S:



 JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
RETURN MAIL
CIS DEPT

For additional locations
and hours, please visit
citynational.com

 **Member FDIC**    EQUAL HOUSING LENDER

| Regular Commercial Checking | | | | |
|---|---|---|---|---|

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,626.44 |
| Last Statement: | August 31, 2021 | Ending Balance: | $219,418.16 |
| This Statement: | September 30, 2021 | Average Ledger Balance: | $219,563.20 |
| | | Low Balance: | $219,418.16 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 219,626.44 |
| 09-15 | Monthly Service Fee | | 3.21 | 219,623.23 |
| 09-22 | Harland Clarke Chk Order 1U5r22011245200 | | 205.07 | 219,418.16 |
| 09-30 | Ending totals | 0.00 | 208.28 | 219,418.16 |



## CELEBRATING 75 YEARS.

We've come a long way since opening our first location in North Miami Beach under the name "North Shore Bank" in 1946. Join us in celebrating a bright future built on a proud history of growing Florida.

Learn more at wegrowflorida.com.

**City National Bank**
BCi FINANCIAL GROUP | 75 YEARS
WE GROW FLORIDA





**Join us on social media!**



## Accessing your finances just got more convenient.
### You can now see account balances and view transactions at a glance – on your watch!

**Introducing our free\* smartwatch banking app.**

Download the latest mobile banking app now from:

*Our app is free, however, standard rates and fees from your wireless carrier may apply. The Apple® logo, Apple Watch® and iPhone® are trademarks of Apple Inc., registered in the U.S. and other countries. The Android™ logo, Android Wear™ and other Google trademarks are property of Google LLC.