**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re SMERLING LITIGATION | 21 Civ. 2552 (JPC) |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT
AS TO DEFENDANT JES GLOBAL CAPITAL GP III, LLC**

PLEASE TAKE NOTICE THAT, upon the annexed Declaration of Allan J. Arffa, dated November 12, 2021, the exhibits attached thereto, and all prior pleadings and proceedings in this action, Plaintiff Silicon Valley Bank shall move this Court, under Federal Rule of Civil Procedure 55(b)(2), Local Civil Rule 55.2, and Rule 3(d) of this Court's Individual Rules and Practices in Civil Cases, at a date and time to be determined by the Court, for an Order of default judgment as to Defendant JES Global Capital GP III, LLC.

Dated: November 12, 2021

By:    */s/ Allan J. Arffa*
        Lorin L. Reisner
        Allan J. Arffa
        Susanna M. Buergel
        Kristina A. Bunting
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
lreisner@paulweiss.com
aarffa@paulweiss.com
sbuergel@paulweiss.com
kbunting@paulweiss.com

*Attorneys for Plaintiff Silicon Valley Bank*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing notification system on November 12, 2021. On November 12, 2021, I also caused a true and correct copy of the foregoing to be served upon JES Global Capital GP III, LLC by Federal Express for overnight delivery to the below addresses.

JES Global Capital GP III, LLC
4095 State Road 7, L-306
Wellington, FL 33449

JES Global Capital GP III, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                By: */s/ Allan J. Arffa*
                    Allan J. Arffa