UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE SMERLING LITIGATION,

21 Civ. 2552 (JPC)

---

### DECLARATION OF JAMES FELTMAN
### WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT
### COVERING THE PERIOD OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021

JAMES FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2.      Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period October 1, 2021 through December 31, 2021.

3.      I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2022.

_____
JAMES S. FELTMAN

10950667-3

# Exhibit 1

10950667-3

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

**Table of Contents**

Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2021 .........................................1

Monies Collected for the Quarter Ended December 31, 2021 .................................................................................2

    Proceeds from Checking, Savings, Investment, and Other Bank Accounts...........................................................2

    Proceeds from the Sales of Real Estate...............................................................................................................3

    Proceeds from the Sale of Motor Vehicles..........................................................................................................4

    Miscellaneous Refunds and Other Collections.....................................................................................................5

Expenditures for the Quarter Ended December 31, 2021 ....................................................................................6

    Professional Fees.................................................................................................................................................6

    Insurance Expense..............................................................................................................................................7

    Miscellaneous Disbursements............................................................................................................................8

Check Disbursements for the Quarter Ended December 31, 2021 .....................................................................10

Statements for Receivership Accounts ...............................................................................................................11

**Attachments**

Attachment 1 – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended
        October 31, November 30, and December 31, 2021

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2021

| | |
|---|---:|
| Balances as of September 30, 2021[1] | $ 4,725,554 |
| | |
| Additions: | |
| Proceeds from checking, savings, investment, and other bank accounts | $ 3,424,971 |
| Proceeds from the sales of real estate | 2,034,406 |
| Proceeds from the sales of motor vehicles | 103,000 |
| Miscellaneous refunds and other collections | 8,440 |
| **Total Additions** | **$ 5,570,817** |
| | |
| Subtractions: | |
| Professional fees | $ 2,575,901 |
| Insurance expense | 43,027 |
| Miscellaneous disbursements | 52,989 |
| **Total Subtractions** | **$ 2,671,917** |
| | |
| **Net Additions (Subtractions)** | **$ 2,898,900** |
| | |
| Balances as of December 31, 2021 | $ 7,624,454 |

---

[1] Balance includes a loan from Citizens Bank, N.A. in the amount of $200,000.00 bearing simple interest at a rate of 3% per annum.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Monies Collected for the Quarter Ended December 31, 2021

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
|  | | **Proceeds from Checking, Savings, Investment, and Other Bank Accounts (continued)** | | |
| 1 | 10/12/21 | $ 2,983,763.61 | JPMorgan Chase Bank, N.A. | Wire representing proceeds from Account No. x6103, Canes Eleven, LLC. |
| 2 | 10/18/21 | 436,257.52 | Pacific Western Bank | Wire representing proceeds from the following accounts:<br>• Account No. x7132, Canes Nineteen, LLC;<br>• Account No. x9369, Canes One, LLC;<br>• Account No. x9377, Canes Two, LLC;<br>• Account No. x9385, Canes Twelve, LLC;<br>• Account No. x9393, Canes Fourteen, LLC;<br>• Account No. x9401, Canes Eighteen, LLC;<br>• Account No. x9419, Renew Station, LLC;<br>• Account No. x9427, Revivify of Fort Lauderdale, LLC;<br>• Account No. x9567, Smerling Financial Group Management, Inc.;<br>• Account No. x9781, Alligator Trail, LLC;<br>• Account No. x7651, Revivify, LLC;<br>• Account No. x1614, JES Global Capital, LP;<br>• Account No. x1717, JES Global Capital GP, LLC;<br>• Account No. x2278, JES Global Capital Cascade BBQ, LLC;<br>• Account No. x1323, JES Global Capital II, LP;<br>• Account No. x1331, JES Global Capital III, LP;<br>• Account No. x4269, JES Global Capital GP II, LLC;<br>• Account No. x4277, JES Global Capital GP III, LLC;<br>• Account No. x9269, JES Special Opportunities Venture Fund, LP; and<br>• Account No. x9277, JES Special Opportunities Venture Fund GP, LLC. |
| 3 | 10/21/21 | 4,950.00 | Sumitomo Mitsui Banking Corporation | Wire representing proceeds from Account No. x7979, JES Global Capital III, LP. |
| | | **$ 3,424,971.13** | **Subtotal, Proceeds from Checking, Savings, Investment, and Other Bank Accounts** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Monies Collected for the Quarter Ended December 31, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|---|---|---|---|---|
| | | **Proceeds from Sales of Real Estate** | | |
| 4 | 10/25/21 | $  750,848.57 | Deborah DeSantis (via Fidelity National Title Insurance Company) | Wire transfer representing net proceeds from the sale of the real estate located at 6316 Wild Orchid Trail, Lake Worth, FL 33449. |
| 5 | 10/25/21 | 658,525.45 | Calixto Perez (via Fidelity National Title Insurance Company) | Wire transfer representing net proceeds from the sale of the real estate located at 11466 Alligator Trail, Lake Worth, FL 33449. |
| 6 | 10/25/21 | 625,032.12 | Deborah DeSantis (via Fidelity National Title Insurance Company) | Wire transfer representing net proceeds from the sale of the real estate located at 6330 Wild Orchid Trail, Lake Worth, FL 33449. |
| **$ 2,034,406.14** | | | **Subtotal, Proceeds from Sales of Real Estate** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Monies Collected for the Quarter Ended December 31, 2021 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Proceeds from the Sales of Motor Vehicles** | |
| 7 | 10/25/21 | $  103,000.00 | D&A Auto Brokers, Inc. | Wire for the purchase of a 1970 Chevrolet Chevelle, VIN #136670B165642 |
| | | **$  103,000.00** | **Subtotal, Proceeds from the Sales of Motor Vehicles** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

**Monies Collected for the Quarter Ended December 31, 2021 (continued)**

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | **Miscellaneous Refunds and Other Collections** | | |
| 8 | 10/6/21 | $    5,000.00 | Safe Deposit Box | Cash found in a safe deposit box titled in the name of Elliot Smerling and Jill Kirsch. |
| 9 | 10/6/21 | 3,440.26 | Florida Blue | Check No. 0004643180 dated 8/18/21 representing a health insurance premium rebate issued to Canes Nineteen, LLC. |
| | | **$    8,440.26** | **Subtotal, Miscellaneous Refunds and Other Collections** | |
| | | **$ 5,570,817.53** | **Total Monies Collected** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Expenditures for the Quarter Ended December 31, 2021

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | **Professional Fees** | |
| 1 | 11/30/21 | $ 1,341,978.81 | Check | Berger Singerman LLP | **Professional Fees** – First Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 5/14/21 through 9/30/21. |
| 2 | 12/6/21 | 851,880.66 | Check | Kroll Associates, Inc. | **Professional Fees** – First Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 5/14/21 through 9/30/21. |
| 3 | 12/6/21 | 256,668.00 | Check | James S. Feltman, Receiver | **Professional Fees** – First Interim Award for services rendered during the period of 5/14/21 through 9/30/21. |
| 4 | 12/6/21 | 125,373.35 | Check | Faegre Drinker Biddle & Reath LLP | **Professional Fees** – First Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 5/14/21 through 9/30/21. |
| | | **$ 2,575,900.82** | **Subtotal, Professional Fees** | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Expenditures for the Quarter Ended December 31, 2021 (continued)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|--------------------------------|
| | | | | **Insurance Expense** | |
| 5 | 11/18/21 | $ 6,144.00 | Check | Chubb | **Insurance Expense** – Premiums under Excess Flood Insurance Policy No. CXFI09000099325591-03 for property at 11353 Manatee Terrace, Lake Worth, FL 33449. |
| 6 | 11/18/21 | 2,162.00 | Check | Chubb | **Insurance Expense** – Premiums under Excess Flood Insurance Policy No. CXFI09000099325590-03 for property at 3049 Hartridge Terrace, Wellington, FL 33414. |
| 7 | 12/1/21 | 19,197.00 | Electronic Payment | Chubb | **Insurance Expense** – Premiums for primary liability coverage under Chubb Masterpiece Policy No. 14869855-01 for property at 11353 Manatee Terrace, Lake Worth, FL 33449. |
| 8 | 12/1/21 | 6,436.00 | Electronic Payment | Chubb | **Insurance Expense** – Premiums for excess liability coverage under Chubb Masterpiece Policy No. 14840283-04 for property at 11353 Manatee Terrace, Lake Worth, FL 33449 and 3049 Hartridge Terrace, Wellington, FL 33414. |
| 9 | 12/1/21 | 6,230.00 | Electronic Payment | Chubb | **Insurance Expense** – Premiums for primary liability coverage under Chubb Masterpiece Policy No. 14869908-01 for property at 3049 Hartridge Terrace, Wellington, FL 33414. |
| 10 | 12/1/21 | 1,550.00 | Electronic Payment | Chubb | **Insurance Expense** – Premiums under Chubb Masterpiece Policy No. 14869903-01 for property at 11353 Manatee Terrace, Lake Worth, FL 33449. |
| 11 | 12/2/21 | 435.00 | Electronic Payment | Auto-Owners Insurance Group | **Insurance Expense** – Premiums for liability coverage under Policy No. 172312-20316388-20 for vacant land at 11352 Alligator Trail, Lake Worth, FL 33449. |
| 12 | 12/10/21 | 873.00 | Electronic Payment | FEMA National Flood Insurance Program | **Insurance Expense** – Premiums for primary flood insurance under FEMA National Flood Insurance Program Policy No. 4400232130 for property at 3049 Hartridge Terrace, Wellington, FL 33414. |
| | | **$ 43,027.00** | **Subtotal, Insurance Expense** | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Expenditures for the Quarter Ended December 31, 2021 (continued)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|-------------------------------|
| | | | | **Miscellaneous Disbursements** | |
| 13 | 10/15/21 | $ 10.00 | Bank Deduction | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 14 | 10/15/21 | 3.96 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 15 | 10/26/21 | 13,316.00 | Check | The American Vault LLC d/b/a Doral Specialized Storage | **Vehicle Towing and Storage Expense** – Towing and monthly storage fees for 11 motor vehicles recovered from Canes Twelve, LLC for the period from 7/18/21 to 9/17/21. |
| 16 | 10/28/21 | 600.00 | Check | Original Cleaning System, Inc. | **Not Budgeted** – Fees for the cleaning of the property at 3049 Hartridge Terrace, Wellington, FL 33414. |
| 17 | 10/28/21 | 3,675.00 | Check | Moecker Auctions, Inc. | **Vehicle Appraisal Expense** – Fees for the appraisal of 11 motor vehicles recovered from Canes Twelve, LLC. |
| 18 | 11/5/21 | 28,130.97 | Check | Consilio LLC | **Information Technology Expense** – eDiscovery services for the months ended 6/30/21, 7/31/21, 8/31/21, and 9/30/21. |
| 19 | 11/15/21 | 4,353.93 | Electronic Payment | Agfimar SA | **Not Budgeted** – Fees paid for documentation translation services. |
| 20 | 11/15/21 | 10.00 | Bank Deduction | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 21 | 11/15/21 | 10.00 | Bank Deduction | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2928. |
| 22 | 11/15/21 | 3.23 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 23 | 11/24/21 | 126.08 | Electronic Payment | Harland Clarke | **Not Budgeted** – Check order fee for account ending x2847. |
| 24 | 11/24/21 | 126.08 | Electronic Payment | Harland Clarke | **Not Budgeted** – Check order fee for account ending x2928. |
| 25 | 12/14/21 | 2,600.00 | Check | Rich Moore Roofing LLC | **Not Budgeted** – Fees for roof repairs at 3049 Hartridge Terrace, Wellington, FL 33414. |
| 26 | 12/15/21 | 10.00 | Bank Deduction | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2847. |
| 27 | 12/15/21 | 10.00 | Bank Deduction | City National Bank | **Not Budgeted** – Paper statement fee for account ending x2928. |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Expenditures for the Quarter Ended December 31, 2021 (continued)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|-------------------------------|
| | | | **Miscellaneous Disbursements** | | |
| 28 | 12/15/21 | $          3.97 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| | | **$     52,989.22** | **Subtotal, Miscellaneous Disbursements** | | |
| | | **$ 2,671,917.04** | **Total Expenditures** | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Check Disbursements for the Quarter Ended December 31, 2021

| Check No. | Check Date | Payment Processing Date | Check Amount | Payee | Link to Expenditures Statement |
|---|---|---|---|---|---|
| 10001 | 10/25/21 | 10/26/21 | $   13,316.00 | The American Vault LLC | Expenditure #15 |
| 10002 | 10/25/21 | 10/28/21 | 3,675.00 | Moecker Auctions, Inc. | Expenditure #17 |
| 10003 | 10/25/21 | 10/28/21 | 600.00 | Original Cleaning System, Inc. | Expenditure #16 |
| 10004 | 10/26/21 | 11/5/21 | 28,130.97 | Consilio LLC | Expenditure #18 |
| 10005 | 11/15/21 | 11/18/21 | 2,162.00 | Chubb | Expenditure #6 |
| 10006 | 11/15/21 | 11/18/21 | 6,144.00 | Chubb | Expenditure #5 |
| 10007 | 11/29/21 | 11/30/21 | 1,341,978.81 | Berger Singerman LLP | Expenditure #1 |
| 10008 | 11/29/21 | 12/6/21 | 851,880.66 | Kroll Associates, Inc. | Expenditure #2 |
| 10009 | 11/29/21 | 12/6/21 | 256,668.00 | James S. Feltman, Receiver | Expenditure #3 |
| 1001 | 11/30/21 | 12/14/21 | 2,600.00 | Rich Moore Roofing LLC | Expenditure #25 |
| 1003 | 11/30/21 | 12/6/21 | 125,373.35 | Faegre Drinker Biddle & Reath LLP | Expenditure #4 |
| | | | **$ 2,632,528.79** | **Total Check Disbursements** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2021

### Statements for Receivership Accounts

Refer to the **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928

for the periods ended October 31, November 30, and December 31, 2021.



**City National** Private

1 of 3
Account: XXXXXXX2847

## CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:1211 / T: / S:



ELLIOT SMERLING RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
15280 NW 79TH STREET
C/O KROLL
MIAMI FL



For additional locations
and hours, please visit
citynational.com

 Member
**FDIC**

 EQUAL HOUSING
LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $4,506,136.39 |
| Last Statement: | September 30, 2021 | Ending Balance: | $10,059,352.92 |
| This Statement: | October 29, 2021 | Average Ledger Balance: | $6,913,550.80 |
| | | Low Balance: | $4,506,136.39 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 4,506,136.39 |
| 10-06 | Deposit | 8,440.26 | | 4,514,576.65 |
| 10-12 | Wire Transfer Canes Eleven, Llc 02100002122Ft03 | 2,983,763.61 | | 7,498,340.26 |
| 10-15 | Paper Statement Fee | | 10.00 | 7,498,330.26 |
| 10-18 | Wire Transfer Pacific Western Bank 12223820016Ft03 | 436,257.52 | | 7,934,587.78 |
| 10-21 | Wire Transfer Jes Global Capital Ii 02600967454Ft03 | 4,950.00 | | 7,939,537.78 |
| 10-25 | Wire Transfer Berger Singerman Llp 06600436734Ft03 | 103,000.00 | | 8,042,537.78 |
| 10-25 | Wire Transfer Fl Commercial Service 02600959353Ft03 | 625,032.12 | | 8,667,569.90 |
| 10-25 | Wire Transfer Fl Commercial Service 02600959358Ft03 | 658,525.45 | | 9,326,095.35 |
| 10-25 | Wire Transfer Fl Commercial Service 02600959353Ft03 | 750,848.57 | | 10,076,943.92 |
| 10-26 | Check # 10001 | | 13,316.00 | 10,063,627.92 |
| 10-28 | Check # 10003 | | 600.00 | 10,063,027.92 |
| 10-28 | Check # 10002 | | 3,675.00 | 10,059,352.92 |

Continued on the next page

# CITY NATIONAL BANK IS ONE OF *AMERICAN BANKER'S* "BEST BANKS TO WORK FOR"

We are inspired each day to do more for our employees just as they are inspired to do more for you.


AMERICAN BANKER
2021 **Best Banks to Work For**

**Join us on social media!**


**During this time of giving thanks, we are grateful to count you among our clients. Happy Thanksgiving from City National Bank.**

Case 1:21-cv-02552-JPC   Document 157   Filed 01/28/22   Page 16 of 24

Attachment 1, Page 2

Page:
Account:

2 of 3
XXXXXXX2847

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|---------------------|---------------------------|---------|
| 10-29 | Ending totals | 5,570,817.53 | 17,601.00 | 10,059,352.92 |

## Checks

| Number | Date | Amount | Number | Date | Amount | |
|--------|------|--------|--------|------|--------|---|
| 10001 | 10-26 | 13,316.00 | 10003 | 10-28 | 600.00 | |
| 10002 | 10-28 | 3,675.00 | | | | |

 * Skip In Check Sequence



Amount: $8,440.26  Date: 10/06/2021

Amount: $8,440.26  Date: 10/06/2021

Check # 10001  Amount: $13,316.00  Date: 10/26/2021

Check # 10001  Amount: $13,316.00  Date: 10/26/2021

Check # 10002  Amount: $3,675.00  Date: 10/28/2021

Check # 10002  Amount: $3,675.00  Date: 10/28/2021

Check # 10003  Amount: $600.00  Date: 10/28/2021

Check # 10003  Amount: $600.00  Date: 10/28/2021



# City National Private

### CLIENT SERVICES

| | Online | | CityTel |
|---|---|---|---|
| | citynationalprivate.com | | 1-800-762-CITY (2489) |

| | Your Banking Center | | Telephone |
|---|---|---|---|
| | City National Private | | 305-447-1899 |
| | 2855 S. Le Jeune Rd. | | 800-383-4413 |
| | Coral Gables, FL 33134 | | |

| | Your Banking Center Hours | | |
|---|---|---|---|
| | Lobby:   Monday - Friday: | 9:00am - 5:00pm | |

410 1 AB 0.458                                    P:410 / T:2 / S:

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿

ELLIOT SMERLING RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

**Member FDIC**     EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $10,059,352.92 |
| Last Statement: | October 29, 2021 | Ending Balance: | $8,676,447.13 |
| This Statement: | November 30, 2021 | Average Ledger Balance: | $9,988,975.81 |
| | | Low Balance: | $8,676,447.13 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 10-29 | Beginning balance | | | 10,059,352.92 |
| 11-05 | Check # 10004 | | 28,130.97 | 10,031,221.95 |
| 11-15 | Paper Statement Fee | | 10.00 | 10,031,211.95 |
| 11-15 | Wire Transfer Agfimar Sa Wfbius6ssfo | | 4,353.93 | 10,026,858.02 |
| 11-18 | Check # 10005 | | 2,162.00 | 10,024,696.02 |
| 11-18 | Check # 10006 | | 6,144.00 | 10,018,552.02 |
| 11-24 | Harland Clarke Chk Order 1Wjg18850301200 | | 126.08 | 10,018,425.94 |
| 11-30 | Check # 10007 | | 1,341,978.81 | 8,676,447.13 |
| 11-30 | Ending totals | 0.00 | 1,382,905.79 | 8,676,447.13 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10004 | 11-05 | 28,130.97 | 10006 | 11-18 | 6,144.00 |
| 10005 | 11-18 | 2,162.00 | 10007 | 11-30 | 1,341,978.81 |

* Skip In Check Sequence



# It's because of you!

Thank you for voting for
City National Bank.

- Best Community Bank
- Best Business Bank
- Best Bank for Commercial
  Real Estate Lending
- Best Private Bank
- Best Bank for Jumbo Loans
- Best Foreign National
  Mortgage Lender

City National Bank is a Hall
of Fame member for having
placed at the top of each
category for ten years.

BEST OF 2021
HALL OF FAME

**Join us on social media!** 

Continued on the next page



Wishing you and yours
a happy holiday season.
We look forward to a
new year together.

001287

Check # 10004  Amount: $28,130.97  Date: 11/05/2021



Check # 10004  Amount: $28,130.97  Date: 11/05/2021



Check # 10005  Amount: $2,162.00  Date: 11/18/2021



Check # 10005  Amount: $2,162.00  Date: 11/18/2021



Check # 10006  Amount: $6,144.00  Date: 11/18/2021



Check # 10006  Amount: $6,144.00  Date: 11/18/2021



Check # 10007  Amount: $1,341,978.81  Date: 11/30/2021



Check # 10007  Amount: $1,341,978.81  Date: 11/30/2021



001269

Attachment 1, Page 6

 **City National** Private



## CLIENT SERVICES

| | | | |
|---|---|---|---|
| 🖥 | **Online**<br>citynationalprivate.com | 📞 | **CityTel**<br>1-800-762-CITY (2489) |
| 🏛 | **Your Banking Center**<br>City National Private<br>2855 S. Le Jeune Rd.<br>Coral Gables, FL 33134 | 📞 | **Telephone**<br>305-447-1899<br>800-383-4413 |
| | **Your Banking Center Hours**<br>Lobby:    Monday - Friday: | | 9:00am - 5:00pm |

405 1 AB 0.458                         P:405 / T:2 / S:

 |ᵢ|ᵢ||ᵢₐₐₐₐ||ᵢₘₐₗ|ₐ||ₐₐ|ₐₐₗ|₁||₁ₘₗₗₗₗ₁₁₁₁|₁||₁₁|₁₁₁

ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

 Member
**FDIC**

 EQUAL HOUSING
LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $8,676,447.13 |
| Last Statement: | November 30, 2021 | Ending Balance: | $7,405,194.12 |
| This Statement: | December 31, 2021 | Average Ledger Balance: | $7,605,576.12 |
| | | Low Balance: | $7,405,194.12 |

### Daily Activity

| Date | Description | Deposits/<br>Additions | Withdrawals/<br>Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | 8,676,447.13 |
| 12-01 | Chubb & Son Payment | | 1,550.00 | 8,674,897.13 |
| 12-01 | Chubb & Son Payment | | 6,230.00 | 8,668,667.13 |
| 12-01 | Chubb & Son Payment | | 6,436.00 | 8,662,231.13 |
| 12-01 | Chubb & Son Payment | | 19,197.00 | 8,643,034.13 |
| 12-02 | Auto Owners Ins Web Pay 10152534 | | 435.00 | 8,642,599.13 |
| 12-06 | Check # 1003 | | 125,373.35 | 8,517,225.78 |
| 12-06 | Check # 10009 | | 256,668.00 | 8,260,557.78 |
| 12-06 | Check # 10008 | | 851,880.66 | 7,408,677.12 |
| 12-10 | Premium Flood Insurance 4400232130 | | 873.00 | 7,407,804.12 |
| 12-14 | Check # 1001 | | 2,600.00 | 7,405,204.12 |
| 12-15 | Paper Statement Fee | | 10.00 | 7,405,194.12 |
| 12-31 | Ending totals | 0.00 | 1,271,253.01 | 7,405,194.12 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001* | 12-14 | 2,600.00 | 10008 | 12-06 | 851,880.66 |
| 1003* | 12-06 | 125,373.35 | 10009 | 12-06 | 256,668.00 |

\* Skip In Check Sequence

Continued on the next page



## Tap into your home's equity with a cash-out refinance while rates are still low.

To learn more, call us at 305-448-6500 and select option 4 to speak to a representative regarding our residential loans and mortgages.

NMLS 412469

### Join us on social media!



## We will be closed in observance of these 2022 holidays.

| | | | |
|---|---|---|---|
| New Year's Day | January 1 | Independence Day | July 4 |
| Martin Luther King Jr. Day | January 17 | Labor Day | September 5 |
| Presidents' Day | February 21 | Columbus Day | October 10 |
| Memorial Day | May 30 | Veterans Day | November 11 |
| Juneteenth National<br>Independence Day | June 20 | Thanksgiving Day | November 24 |
| | | Christmas Day | December 26 |



 City National Private

### CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

 **Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

P:1273 / T: / S:


JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
RETURN MAIL
CIS DEPT



For additional locations
and hours, please visit
citynational.com

 Member **FDIC**     EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,418.16 |
| Last Statement: | September 30, 2021 | Ending Balance: | $219,414.20 |
| This Statement: | October 29, 2021 | Average Ledger Balance: | $219,416.11 |
| | | Low Balance: | $219,414.20 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 219,418.16 |
| 10-15 | Monthly Service Fee | | 3.96 | 219,414.20 |
| 10-29 | Ending totals | 0.00 | 3.96 | 219,414.20 |

# CITY NATIONAL BANK IS ONE OF *AMERICAN BANKER'S* "BEST BANKS TO WORK FOR"

We are inspired each day to do more for our employees just as they are inspired to do more for you.

 AMERICAN BANKER 2021 **Best Banks to Work For**



**Join us on social media!**


**During this time of giving thanks, we are grateful to count you among our clients. Happy Thanksgiving from City National Bank.**



# City National Private

1 of 1
Account: XXXXXXX2928

## CLIENT SERVICES

| | | | |
|---|---|---|---|
| 🖥 | **Online** citynationalprivate.com | ☎ | **CityTel** 1-800-762-CITY (2489) |

🏛 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

📞 **Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

388 1 AB 0.458                                    P:388 / T:2 / S:

ˏˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡ

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO: 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

 
Member FDIC   EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,414.20 |
| Last Statement: | October 29, 2021 | Ending Balance: | $219,274.89 |
| This Statement: | November 30, 2021 | Average Ledger Balance: | $219,380.00 |
| | | Low Balance: | $219,274.89 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 10-29 | Beginning balance | | | 219,414.20 |
| 11-15 | Paper Statement Fee | | 10.00 | 219,404.20 |
| 11-15 | Monthly Service Fee | | 3.23 | 219,400.97 |
| 11-24 | Harland Clarke Chk Order 1Wjg08540301200 | | 126.08 | 219,274.89 |
| 11-30 | Ending totals | 0.00 | 139.31 | 219,274.89 |

## It's because of you!

Thank you for voting for
City National Bank.

- Best Community Bank
- Best Business Bank
- Best Bank for Commercial Real Estate Lending
- Best Private Bank
- Best Bank for Jumbo Loans
- Best Foreign National Mortgage Lender

City National Bank is a Hall
of Fame member for having
placed at the top of each
category for ten years.



**Join us on social media!**





Wishing you and yours
a happy holiday season.
We look forward to a
new year together.

001205

# City National Private

1 of 1
Account:
XXXXXXX2928

**CLIENT SERVICES**

| | | | |
|---|---|---|---|
| 🖥 | **Online** citynationalprivate.com | 📱 | **CityTel** 1-800-762-CITY (2489) |
| 🏛 | **Your Banking Center** City National Private 2855 S. Le Jeune Rd. Coral Gables, FL 33134 | 📞 | **Telephone** 305-447-1899 800-383-4413 |
| | **Your Banking Center Hours** Lobby:  Monday - Friday: | | 9:00am - 5:00pm |

382 1 AB 0.458

P:382 / T:2 / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

**Member FDIC**

EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,274.89 |
| Last Statement: | November 30, 2021 | Ending Balance: | $219,260.92 |
| This Statement: | December 31, 2021 | Average Ledger Balance: | $219,267.22 |
| | | Low Balance: | $219,260.92 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | 219,274.89 |
| 12-15 | Paper Statement Fee | | 10.00 | 219,264.89 |
| 12-15 | Monthly Service Fee | | 3.97 | 219,260.92 |
| 12-31 | Ending totals | 0.00 | 13.97 | 219,260.92 |

**Tap into your home's equity with a cash-out refinance while rates are still low.**

To learn more, call us at 305-448-6500 and select option 4 to speak to a representative regarding our residential loans and mortgages.

NMLS 412469



**Join us on social media!**

We will be closed in observance of these 2022 holidays.

| | |
|---|---|
| New Year's Day ..................................January 1 | Independence Day .............................July 4 |
| Martin Luther King Jr. Day..................January 17 | Labor Day............................................September 5 |
| Presidents' Day ..................................February 21 | Columbus Day.....................................October 10 |
| Memorial Day ......................................May 30 | Veterans Day.......................................November 11 |
| Juneteenth National Independence Day ..............................June 20 | Thanksgiving Day................................November 24 |
| | Christmas Day.....................................December 26 |