UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                            :
                                            :
                                            :
IN RE SMERLING LITIGATION.                    :
                                          :              21 Civ. 2552 (JPC)
                                            :
                                            :              <u>ORDER</u>
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      On February 7, 2022, non-party World Class Auto Repair, LLC moved for the Court to

issue a "protective order to protect WORLD CLASS by prohibiting the disclosure or production of

financial accounting and business records relating to WORLD CLASS, quashing the Subpoenas for

Deposition directed at Jeff Kranitz and the Corporate Representative of WORLD CLASS and for

such other and further relief this Court deems proper to protect WORLD CLASS's confidentiality

and privacy interests." Dkt. 160 at 9.  By February 18, 2022, the Receiver, James Felton, shall file

any opposition to World Class's motion.  Any reply is due by February 23, 2022.

      SO ORDERED.

Dated: February 11, 2022
      New York, New York                         JOHN P. CRONAN
                                          United States District Judge