UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

**NOTICE OF UNOPPOSED MOTION TO SELL
RESIDENTIAL REAL PROPERTY LOCATED AT
11353 MANATEE TERRACE, LAKE WORTH, FLORIDA AND RELATED RELIEF**

PLEASE TAKE NOTICE that, upon the accompanying *Declaration of Christopher Andrew Jarvinen in Support of Unopposed Motion to Sell Residential Real Property Located at 11353 Manatee Terrace, Lake Worth, Florida and Related Relief* (the "Declaration"), James Feltman, as the Court-appointed receiver and not in his individual capacity, by and through his undersigned counsel will move this Court, at a date, time and location to be determined by this Court, for the entry of an order: (a) authorizing the Receiver to sell to Michael J. Spinner and Danika R. Spinner ("Spinner" or the "Real Property Purchaser") residential real property located at 11353 Manatee Terrace, Lake Worth, Florida 33449 (the "Real Property") for a purchase price of $3,625,000.00, per the terms of the *"AS IS" Residential Contract for Sale and Purchase* (w/addendum) attached to the Declaration as Exhibit "2"; (b) modifying the sale procedures set

11273862-1

forth in 28 U.S.C. § 2001 with respect to the Real Property; and (c) related relief.

Dated:  April 14, 2022                          Respectfully Submitted:

                                                By: /s/ Christopher Andrew Jarvinen
                                                        Paul Steven Singerman, Esq.
                                                        singerman@bergersingerman.com
                                                        Christopher Andrew Jarvinen, Esq.
                                                        cjarvinen@bergersingerman.com
                                                        BERGER SINGERMAN LLP
                                                        1450 Brickell Avenue, Ste. 1900
                                                        Miami, FL 33131
                                                        Telephone: (305) 755-9500
                                                        Facsimile: (305) 714-4340

                                                        *Attorneys for James Feltman, Receiver*