UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

### NOTICE OF THE UNOPPOSED MOTION AUTHORIZING AN INTERIM DISTRIBUTION TO CITIZENS BANK, N.A. AND SILICON VALLEY BANK AND RELATED RELIEF

PLEASE TAKE NOTICE that, upon the accompanying *Declaration of Christopher Andrew Jarvinen in Support of the Unopposed Motion Authorizing an Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank and Related Relief* (the "Declaration"), James S. Feltman, solely in his capacity as the Court-appointed Receiver and not in his individual capacity, by and through his undersigned counsel will move this Court, at a date, time and location to be determined by this Court, for entry of an order authorizing the Receiver to make an interim distribution totaling $10,516,978.69, comprised of *pro rata* distributions in the respective amounts of $4,305,391.55 to Citizens Bank, N.A. and $6,211,587.14 to Silicon Valley Bank and granting related relief.

Dated:  September 12, 2022

Respectfully Submitted:

By: /s/ Christopher Andrew Jarvinen
Paul Steven Singerman, Esq.
singerman@bergersingerman.com
Christopher Andrew Jarvinen, Esq.
cjarvinen@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*Attorneys for James S. Feltman, Receiver*

11549138-7