UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SMERLING LITIGATION,

21 Civ. 2552 (JPC)

**DECLARATION OF JAMES S. FELTMAN**
**WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT**
**COVERING THE PERIOD JULY 1, 2022 THROUGH SEPTEMBER 30, 2022**

JAMES S. FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2.     Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period July 1, 2022 through September 30, 2022.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2022.

_____
JAMES S. FELTMAN

10950667-6

# Exhibit 1

10950667-5

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2022

## Table of Contents

Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2022 .........................................1

Monies Collected for the Quarter Ended September 30, 2022 ...........................................................................................2

    Proceeds from Checking, Savings, Investment, and Other Bank Accounts....................................................2

    Other Investment Proceeds ........................................................................................................................................3

    Proceeds from Qualified Tuition Programs ...........................................................................................................4

    Proceeds from the Sale of Motor Vehicles............................................................................................................5

    Borrower Payments on Outstanding Notes Receivable .....................................................................................6

    Miscellaneous Refunds and Other Collections....................................................................................................7

Expenditures for the Quarter Ended September 30, 2022 .................................................................................................8

    Creditor Distributions ..................................................................................................................................................8

    Professional Fees..........................................................................................................................................................9

    Miscellaneous Disbursements................................................................................................................................10

Check Disbursements for the Quarter Ended September 30, 2022 ...............................................................................11

**Attachments**

Attachment 1 – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended July 31, August 31, and September 30, 2022

In re Smerling Litigation
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2022

### Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2022

| | |
|---|---|
| Balances as of June 30, 2021 [1] | $ 13,040,566 |
| | |
| Additions: | |
| Proceeds from checking, savings, investment, and other bank accounts | $      252,081 |
| Other investment proceeds | 257,736 |
| Proceeds from qualified tuition programs | 1,946,223 |
| Proceeds from the sale of motor vehicles | 19,250 |
| Borrower payments on outstanding notes receivable | 990,616 |
| Miscellaneous collections | 1,956 |
| **Total Additions** | **$   3,467,862** |
| | |
| Subtractions: | |
| Creditor distributions [2] | $ 10,516,978 |
| Professional fees | 1,491,968 |
| Miscellaneous disbursements | 24,548 |
| **Total Subtractions** | **$  12,033,494** |
| | |
| Net Additions (Subtractions) | $  (8,565,632) |
| | |
| **Balances as of September 30, 2022, per City National Bank account statements** | **$    4,474,934** |
| | |
| *Less:*  Outstanding checks payable to Kroll Associates, Inc. and James S. Feltman (Receiver) for professional fees in connection with Second Interim Award [3] | (512,640) |
| | |
| Adjusted balances as of September 30, 2022 | $   3,962,294 |

---

[1] Balance includes a loan from Citizens Bank, N.A. in the amount of $200,000.00 bearing simple interest at a rate of 3% per annum.

[2] Pursuant to *Order Granting the Unopposed Motion Authorizing an Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank and Related Relief* dated September 14, 2022.

[3] Refer to the Page 11 for additional detail with respect to the outstanding checks payable as of September 30, 2022.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

## Monies Collected for the Quarter Ended September 30, 2022

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | Proceeds from Checking, Savings, Investment, and Other Bank Accounts | |
| 1 | 7/22/22 | $ 252,080.59 | Fidelity Investments | Wire transfer representing proceeds from Account No. x1991, Elliot S Smerling – Trustee – JES Global Capital GP LLC 401(k) Profit Sharing Plan and Trust for the benefit of Elliot S Smerling. |
| | | $ 252,080.59 | Proceeds from Checking, Savings, Investment, and Other Bank Accounts | |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2022

### Monies Collected for the Quarter Ended September 30, 2022 (continued)

| Item | Date | Amount | Payer/Source | Description |
|---|---|---|---|---|
| | | | **Other Investments Proceeds** | |
| 2 | 8/10/22 | $  212,888.88 | Market Central Private Assets LLC | Wire transfer representing proceeds from liquidation of interest in Callaway Golf Company acquired via subscription in Market Central Private Assets Series 15-A. |
| 3 | 8/12/22 | 44,846.95 | Market Central Private Asset LLC | Wire transfer representing proceeds from liquidation of interest in FIGS Inc acquired via subscription in Market Central Private Assets Series 32-A. |
| | | $  257,735.83 | **Subtotal, Other Investments Proceeds** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Monies Collected for the Quarter Ended September 30, 2022 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Proceeds from Qualified Tuition Programs** | |
| 4 | 9/8/22 | $ 1,946,223.36 | New York's 529 College Savings Program | Check No. 0001569934 dated 9/7/22 representing net proceeds from four *Direct Plan* accounts established by Elliot Smerling under New York's 529 College Savings Program. |
| | | $ 1,946,223.36 | Subtotal, Proceeds from Qualified Tuition Programs | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Monies Collected for the Quarter Ended September 30, 2022 (continued)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| Proceeds from the Sale of Motor Vehicles | | | | |
| 5 | 7/6/22 | $ 1,925.00 | Leasingway USA Corp | Wire transfer representing a deposit for the purchase of the following automobile previously owned by Canes Twelve LLC: <ul><li>2016 Land Rover, SALAK2V66GA792286.</li></ul> |
| 6 | 7/14/22 | 17,325.00 | Leasingway USA Corp | Wire transfer representing the remaining proceeds for the purchase of the aforementioned 2016 Land Rover. |
| | | $ 19,250.00 | Subtotal, Proceeds from the Sale of Motor Vehicles | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Monies Collected for the Quarter Ended September 30, 2022 (continued)

| Item | Date | Amount | Payer/Source | Description |
|---|---|---|---|---|
| | | | **Borrower Payments on Outstanding Notes Receivable** | |
| 7 | 7/22/22 | $ 657,419.45 | Innovative Sales Solutions LLC (via LandCastle Title Group, LLC) | Wire transfer representing final payment of principal and interest due to Canes Six LLC under a Balloon Promissory Note dated 7/7/20. |
| 8 | 8/12/22 | 325,000.00 | World Class Auto Repair Center LLC | Wire transfer representing settlement of amounts due to Canes Twenty Two LLC under a Senior Secured Balloon Promissory Note dated 11/19/19. |
| 9 | 9/23/22 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0073641040 dated 2/10/22 paid to Canes Six LLC (via Berger Singerman LLP) representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 10 | 9/23/22 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0079625565 dated 3/10/22 paid to Canes Six LLC (via Berger Singerman LLP) representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 11 | 9/23/22 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0085750724 dated 4/8/22 paid to Canes Six LLC (via Berger Singerman LLP) representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 12 | 9/23/22 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0092292271 dated 5/10/22 paid to Canes Six LLC (via Berger Singerman LLP) representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| 13 | 9/23/22 | 1,639.45 | Jennifer Mazyck-Brown and Redick W Brown II | Check No. 0098567892 dated 6/10/22 paid to Canes Six LLC (via Berger Singerman LLP) representing an interest payment under a Balloon Promissory Note dated 7/7/20. |
| | | $ 990,616.70 | **Subtotal, Borrower Payments on Outstanding Notes Receivable** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Monies Collected for the Quarter Ended September 30, 2022 (concluded)

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Miscellaneous Refunds and Other Collections** | |
| 14 | 8/10/22 | $    64.62 | Florida Power & Light Company | Check No. 6305255 dated 2/26/22 issued to Canes Two LLC representing a refund of utilities billed for service to the residence at 3049 Hartridge Terrace, Wellington, Florida 33414. |
| 15 | 8/10/22 | 79.80 | State of Florida Department of Financial Services | Check No. 725985 dated 3/22/22 representing a state expense warrant issued to JES Global Capital GP LLC. |
| 16 | 8/10/22 | 164.40 | United States Treasury | Check No. 93520325 dated 4/26/22 issued to Smerling Financial Group Inc representing a refund with respect to Form 941, *Employer's Quarterly Federal Tax Return*, filed for the quarter ended 9/30/18. |
| 17 | 8/10/22 | 322.00 | Auto-Owners Insurance | Check No. 361512248 dated 6/10/22 issued to Alligator Trail LLC representing a refund of an insurance premium overpayment for Policy No. 172312-20316388-20. |
| 18 | 8/10/22 | 1,324.71 | American General Life Insurance Company | Check No. 002475602 dated 6/21/22 issued to Smerling Financial Group Inc. |
| | | $    1,955.53 | **Subtotal, Miscellaneous Refunds and Other Collections** | |
| | | **$3,467,862.01** | **Total Monies Collected** | |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2022

### Expenditures for the Quarter Ended September 30, 2022

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | Creditor Distributions | |
| 1 | 9/16/22 | $ 6,211,587.14 | Wire Transfer | Silicon Valley Bank | **Creditor Distributions** – Interim distribution pursuant to *Order Granting the Unopposed Motion Authorizing an Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank and Related Relief* dated 9/14/22. |
| 2 | 9/16/22 | 4,305,391.55 | Wire Transfer | Citizens Bank, N.A. | **Creditor Distributions** – Interim distribution pursuant to *Order Granting the Unopposed Motion Authorizing an Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank and Related Relief* dated 9/14/22. |
| | | $ 10,516,978.69 | Subtotal, Creditor Distributions | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Expenditures for the Quarter Ended September 30, 2022 (continued)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|-------------------------------|
| Professional Fees | | | | | |
| 3 | 7/11/22 | $  1,139,876.15 | Wire Transfer | Berger Singerman LLP | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| 4 | 7/11/22 | 211,682.61 | Wire Transfer | Faegre Drinker Biddle & Reath LLP | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| 5 | 7/11/22 | 123,523.50 | Wire Transfer | Pestalozzi Attorneys at Law Limited | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| 6 | 7/11/22 | 12,945.00 | Wire Transfer | LeeSalmonLong | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| 7 | 7/11/22 | 2,780.50 | Wire Transfer | Daniel, Brantley & Associates | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| 8 | 7/11/22 | 1,160.00 | Check Payment | Little & Matysik P.C. | **Professional Fees** – Second Interim Award for services rendered and reimbursement for actual and necessary expenses during the period of 10/1/21 through 4/30/22. |
| | | $   1,491,967.76 | Subtotal, Professional Fees | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Expenditures for the Quarter Ended September 30, 2022 (concluded)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | Miscellaneous Disbursements | |
| 9 | 7/11/22 | $  6,800.77 | Wire Transfer | Seddons Law LLP | **Not Budgeted** – Payment of legal fees incurred by Director of Canes UK Holdings Limited during the period from 1/6/22 to 6/27/22 in connection with negotiating the *Cooperation Agreement*. |
| 10 | 7/15/22 | 3.78 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 11 | 8/15/22 | 3.24 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 12 | 9/2/22 | 17,736.91 | Wire Transfer | McCarthy Denning Limited | **Not Budgeted** – Payment to the law firm representing Canes UK Holdings Limited for outstanding service charges assessed against the real estate at Flat 32, Riverside Court, 20 Nine Elms Lane, London, England SW8 5DB. |
| 13 | 9/15/22 | 3.24 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| | | $    24,547.94 | Subtotal, Miscellaneous Disbursements | | |
| | | $ 12,033,494.39 | **Total Expenditures** | | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2022

### Check Disbursements for the Quarter Ended September 30, 2022

| Check No. | Check Date | Payment Processing Date | Check Amount | Payee | Link to Expenditures Statement |
|---|---|---|---|---|---|
| 1010 | 7/8/22 | 7/11/22 | $ 1,139,876.15 | Berger Singerman LLP | Expenditure #3 |
| 1013 | 9/28/22 | N/A | 375,546.13 | Kroll Associates, Inc. | N/A – Outstanding check not yet cleared |
| 1014 | 9/28/22 | N/A | 137,094.00 | James S. Feltman, Receiver | N/A – Outstanding check not yet cleared |
| | | | $ 1,652,516.28 | **Total Check Disbursements** | |
| | | | 1,139,876.15 | Total Check Disbursements, Cleared | |
| | | | 512,640.13 | Total Check Disbursements, Outstanding | |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2022

## Statements for Receivership Accounts

Refer to the **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928 for the periods ended July 31, August 31, and September 30, 2022.

 

# City National Private

## CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

**Telephone**
305-447-1899
800-383-4413

 **Your Banking Center Hours**
Lobby:      Monday - Friday:      9:00am - 5:00pm

P:5177 / T: / S:



ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

  
Member FDIC   EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $12,821,356.95 |
| Last Statement: | June 30, 2022 | Ending Balance: | $12,251,338.46 |
| This Statement: | July 29, 2022 | Average Ledger Balance: | $12,101,453.44 |
| | | Low Balance: | $11,324,513.42 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 12,821,356.95 |
| 07-06 | Wire Transfer Leasingway Usa Corp 07192445807Ft03 | 1,925.00 | | 12,823,281.95 |
| 07-11 | Wire Transfer Little And Matysik Pc 026005092000386 | | 1,160.00 | 12,822,121.95 |
| 07-11 | Wire Transfer Daniel Brantley 026009593000398 | | 2,780.50 | 12,819,341.45 |
| 07-11 | Wire Transfer Seddons Law Llp Offic Wfbius6ssfo | | 6,800.77 | 12,812,540.68 |
| 07-11 | Wire Transfer Lee Salmon Long 026005092000888 | | 12,945.00 | 12,799,595.68 |
| 07-11 | Wire Transfer Pestalozzi Attorneys 026005092000384 | | 123,523.50 | 12,676,072.18 |
| 07-11 | Wire Transfer Faegre Drinker Biddle 026005092000889 | | 211,682.61 | 12,464,389.57 |
| 07-11 | Check # 1010 | | 1,139,876.15 | 11,324,513.42 |
| 07-14 | Wire Transfer Leasingway Usa Corp 07192445832Ft03 | 17,325.00 | | 11,341,838.42 |
| 07-22 | Wire Transfer 1/Elliot S Smerling T 02100002136Ft03 | 252,080.59 | | 11,593,919.01 |

Continued on the next page


Finance your next home with 75 years of trusted Florida-based mortgage expertise at your side.

SCAN THE CODE TO APPLY



NMLS 412469



**Join us on social media!**

 **VOTE**

**City National Bank is pleased to be considered for the** *Daily Business Review's* **"Best Of" list.**

We would be honored if you would vote for City National Bank in the following categories: #21-#27

 BEST OF 2022 VOTE NOW!

 **VOTE**
21 through 27

You can complete the entire survey, or simply vote in these categories. Voting starts on August 1 and ends on August 26, 2022.

Vote by visiting
https://www.surveymonkey.com/r/BestofDBR2022
or by using the QR code.

**Attachment 1, Page 2**

Page:          2 of 3
Account:       XXXXXXX2847

| Date | Description | Deposits/<br>Additions | Withdrawals/<br>Subtractions | Balance |
|------|-------------|------------------------|------------------------------|---------|
| 07-22 | Wire Transfer Lctg Florida Operatio<br>02600959303Ft03 | 657,419.45 | | 12,251,338.46 |
| 07-29 | Ending totals | 928,750.04 | 1,498,768.53 | 12,251,338.46 |

## Checks



| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1010 | 07-11 | 1,139,876.15 | | | |

\* Skip In Check Sequence

Continued on the next page

Check # 1010  Amount: $1,139,876.15  Date: 07/11/2022

Check # 1010  Amount: $1,139,876.15  Date: 07/11/2022









## CLIENT SERVICES



| | | |
|---|---|---|
| **Online** | | **CityTel** |
| citynationalprivate.com | | 1-800-762-CITY (2489) |

 

| | | |
|---|---|---|
| **Your Banking Center** | | **Telephone** |
| City National Private Law Grp | | 305-447-1899 |
| 1450 Brickell Ave., Suite 100 | | 800-383-4413 |
| Miami, FL 33131 | | |

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

P:5166 / T: / S:    

ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

 



Finance your next
home with 75 years
of trusted
Florida-based
mortgage expertise at
your side.

SCAN THE CODE TO APPLY



NMLS 412469

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $12,251,338.46 |
| Last Statement: | July 29, 2022 | Ending Balance: | $12,836,029.82 |
| This Statement: | August 31, 2022 | Average Ledger Balance: | $12,618,717.73 |
| | | Low Balance: | $12,251,338.46 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 07-29 | Beginning balance | | | 12,251,338.46 |
| 08-10 | Deposit | 1,955.53 | | 12,253,293.99 |
| 08-10 | Wire Transfer Market Central Privat 10200060748Ft03 | 212,888.88 | | 12,466,182.87 |
| 08-12 | Wire Transfer Market Central Privat 10700737502Ft03 | 44,846.95 | | 12,511,029.82 |
| 08-12 | Wire Transfer World Class Auto Repa 02100002109Ft03 | 325,000.00 | | 12,836,029.82 |
| 08-31 | Ending totals | 584,691.36 | 0.00 | 12,836,029.82 |

Continued on the next page

**Join us on social media!**


HERE'S A TIP TO HELP MAKE YOUR
MOBILE BANKING EXPERIENCE
SECURE.

Mobile devices can create significant security and management challenges. Protect
your device by using a password, installing security apps and not using public
networks to do your banking. You might also consider enabling biometric
authentication, such as Face ID and fingerprint security.

FOR ADDITIONAL TIPS, SCAN THE QR CODE



**Attachment 1, Page 5**

Amount: $1,955.53  Date: 08/10/2022



Amount: $1,955.53  Date: 08/10/2022





Attachment 1, Page 6

 City National Private

## CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

P:5151 / T: / S:



ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

NMLS 412469

 Member FDIC

 EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $12,836,029.82 |
| Last Statement: | August 31, 2022 | Ending Balance: | $4,255,734.83 |
| This Statement: | September 30, 2022 | Average Ledger Balance: | $9,054,685.30 |
| | | Low Balance: | $4,247,537.58 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 12,836,029.82 |
| 09-02 | Wire Transfer Mccarthy Denning Limi Wfbius6ssfo | | 17,736.91 | 12,818,292.91 |
| 09-08 | Deposit | 1,946,223.36 | | 14,764,516.27 |
| 09-16 | Wire Transfer Comm Loan Accounting 011500120001349 | | 4,305,391.55 | 10,459,124.72 |
| 09-16 | Wire Transfer Silicon Valley Bank 121140399001351 | | 6,211,587.14 | 4,247,537.58 |
| 09-23 | Wire Transfer Berger Singerman Llp 06600436736Ft03 | 8,197.25 | | 4,255,734.83 |
| 09-30 | Ending totals | 1,954,420.61 | 10,534,715.60 | 4,255,734.83 |


**It's Cybersecurity Awareness Month!**

**Here's a tip – update your software.**

Protect your networks by updating software with the latest fixes. Do not delay – if you see a software update notification, act promptly. Better yet, turn on automatic updates. Update the operating system on your mobile phones, tablets, and laptops. And update your applications – especially the web browsers – on all your devices too.

 FOR ADDITIONAL TIPS, SCAN THE QR CODE

Continued on the next page

Join us on social media! 


**QUICKLY ACCESS FUNDS TO GROW YOUR BUSINESS**

Apply online and instantly see if you prequalify for the SBA 7(a) Lending Program.

**GET STARTED TODAY. ASK YOUR BANKER FOR DETAILS.**

**Attachment 1, Page 7**

Amount: $1,946,223.36  Date: 09/08/2022



Amount: $1,946,223.36  Date: 09/08/2022





**Attachment 1, Page 8**



## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private
2855 S. Le Jeune Rd.
Coral Gables, FL 33134

 **Telephone**
305-447-1899
800-383-4413

 **Your Banking Center Hours**
Lobby:      Monday - Friday:      9:00am - 5:00pm

P:5179 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

 

For additional locations
and hours, please visit
citynational.com

 **Member FDIC**       **EQUAL HOUSING LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,209.32 |
| Last Statement: | June 30, 2022 | Ending Balance: | $219,205.54 |
| This Statement: | July 29, 2022 | Average Ledger Balance: | $219,207.36 |
| | | Low Balance: | $219,205.54 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 219,209.32 |
| 07-15 | Monthly Service Fee | | 3.78 | 219,205.54 |
| 07-29 | Ending totals | 0.00 | 3.78 | 219,205.54 |



Finance your next home with 75 years of trusted Florida-based mortgage expertise at your side.

SCAN THE CODE TO APPLY



NMLS 412469



Join us on social media!


VOTE

**City National Bank is pleased to be considered for the *Daily Business Review's* "Best Of" list.**

We would be honored if you would vote for City National Bank in the following categories: #21-#27

 dbr BEST OF 2022 VOTE NOW!



**VOTE** 21 through 27

You can complete the entire survey, or simply vote in these categories. Voting starts on August 1 and ends on August 26, 2022.

Vote by visiting https://www.surveymonkey.com/r/BestofDBR2022 or by using the QR code.



Page: 1 of 1
Account: XXXXXXX2928

## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:5168 / T: / S:



JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

 

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,205.54 |
| Last Statement: | July 29, 2022 | Ending Balance: | $219,202.30 |
| This Statement: | August 31, 2022 | Average Ledger Balance: | $219,203.87 |
| | | Low Balance: | $219,202.30 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 07-29 | Beginning balance | | | 219,205.54 |
| 08-15 | Monthly Service Fee | | 3.24 | 219,202.30 |
| 08-31 | Ending totals | 0.00 | 3.24 | 219,202.30 |



Finance your next
home with 75 years
of trusted
Florida-based
mortgage expertise at
your side.

SCAN THE CODE TO APPLY



NMLS 412469





Join us on
social media!



HERE'S A TIP TO HELP MAKE YOUR
MOBILE BANKING EXPERIENCE
SECURE.

Mobile devices can create significant security and management challenges. Protect
your device by using a password, installing security apps and not using public
networks to do your banking. You might also consider enabling biometric
authentication, such as Face ID and fingerprint security.

FOR ADDITIONAL TIPS, SCAN THE QR CODE



Page:
Account:

1 of 1
XXXXXXX2928



## CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

 **Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

P:5153 / T: / S:



JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

NMLS 412469

 

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,202.30 |
| Last Statement: | August 31, 2022 | Ending Balance: | $219,199.06 |
| This Statement: | September 30, 2022 | Average Ledger Balance: | $219,200.57 |
| | | Low Balance: | $219,199.06 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 219,202.30 |
| 09-15 | Monthly Service Fee | | 3.24 | 219,199.06 |
| 09-30 | Ending totals | 0.00 | 3.24 | 219,199.06 |



It's Cybersecurity Awareness Month!

**Here's a tip –**
**update your software.**

Protect your networks by updating software with the latest fixes. Do not delay – if you see a software update notification, act promptly. Better yet, turn on automatic updates. Update the operating system on your mobile phones, tablets, and laptops. And update your applications – especially the web browsers – on all your devices too.

**FOR ADDITIONAL TIPS, SCAN THE QR CODE**





**Join us on social media!**



QUICKLY ACCESS FUNDS TO GROW YOUR BUSINESS

Apply online and instantly see if you prequalify for the SBA 7(a) Lending Program.

**GET STARTED TODAY. ASK YOUR BANKER FOR DETAILS.**