UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

**DECLARATION OF JAMES S. FELTMAN
WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT
COVERING THE PERIOD OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022**

JAMES S. FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.　　I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2.　　Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period October 1, 2022 through December 31, 2022.

3.　　I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25th, 2023.

_____
JAMES S. FELTMAN

10950667-7

# Exhibit 1

10950667-7

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

**Table of Contents**

Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2022 ..........................................1

Monies Collected for the Quarter Ended December 31, 2022 .................................................................................2

    Proceeds from the Sale of Motor Vehicles........................................................................................................2

    Other Investment Proceeds ............................................................................................................................2

    Miscellaneous Refunds and Other Collections................................................................................................2

Expenditures for the Quarter Ended December 31, 2022 ....................................................................................3

    Creditor Distributions.....................................................................................................................................3

    Repayment of Loan Under *Receiver's First Lien Certificate of Indebtedness* ...........................................3

    Professional Fees.............................................................................................................................................4

    Miscellaneous Disbursements........................................................................................................................6

Check Disbursements for the Quarter Ended December 31, 2022 ................................................................7

**Attachments**

<u>Attachment 1</u> – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended
        October 31, November 30, and December 31, 2022

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

### Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2022

| | |
|---|---:|
| Balances as of September 30, 2022[1] | $ 4,474,934 |
| | |
| Additions: | |
| Proceeds from the sale of motor vehicles | $ 65,000 |
| Other investment proceeds | 949,880 |
| Miscellaneous refunds and other collections | 40,000 |
| **Total Additions** | **$ 1,054,880** |
| | |
| Subtractions: | |
| Creditor distributions[2] | $ 2,000,000 |
| Repayment of loan under *Receiver's First Lien Certificate of Indebtedness*[2] | 209,375 |
| Professional fees | 1,866,453 |
| Miscellaneous disbursements | 22,189 |
| **Total Subtractions** | **$ 4,098,017** |
| | |
| Net Additions (Subtractions) | $ (3,043,137) |
| | |
| **Balances as of December 31, 2022** | **$ 1,431,797** |

---

[1] Opening balances include a loan from Citizens Bank, N.A. in the amount of $200,000.00 bearing simple interest at a rate of 3% per annum under *Receiver's First Lien Certificate of Indebtedness* (the "Certificate") dated June 8, 2021. A total of $209,374.76 was paid to Citizens Bank on December 30, 2022 satisfying the obligation under the Certificate. Refer to Page 3 for additional details.

[2] Pursuant to *Order Granting the Unopposed Motion Authorizing (I) a Second Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank, (II) the Payment to Citizens Bank, N.A. for the Amount Due by the Receivership Estate Under A Certificate, and (III) Related Relief* dated December 29, 2022.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

### Monies Collected for the Quarter Ended December 31, 2022

| Item | Date | Amount | Payer/Source | Description |
|------|------|--------|--------------|-------------|
| | | | **Proceeds from the Sale of Motor Vehicles** | |
| 1 | 11/7/22 | $    6,500.00 | Miami Automotive Retail Inc. (via Brickell Motors) | Wire transfer representing a deposit for the purchase of the following automobile previously owned by Canes Twelve LLC:<br>• 2020 Cadillac Escalade, 1GYS4KKJ6LR274988. |
| 2 | 11/15/22 | 58,500.00 | Miami Automotive Retail Inc. (via Brickell Motors) | Wire transfer representing the remaining proceeds for the purchase of the aforementioned 2020 Cadillac Escalade. |
| | | **$    65,000.00** | **Subtotal, Proceeds from the Sale of Motor Vehicles** | |
| | | | | |
| | | | **Other Investments Proceeds** | |
| 3 | 10/5/22 | $  150,925.32 | Market Central Private Assets LLC | Wire transfer representing proceeds from the partial liquidation of an interest in Space Exploration Technologies Corp ("SpaceX") acquired via subscription in Market Central Private Assets Series 60-B. |
| 4 | 10/31/22 | 200,000.00 | 3N Outdoor Media Inc. (via Robert D Rubin) | Wire transfer representing a partial payment of a total of $650,000.00, pursuant to *Settlement Agreement and Mutual Release* dated 8/26/22, for the return of preferred stock in 3N Outdoor Media Inc. acquired by Canes Twenty Three LLC. |
| 5 | 11/21/22 | 450,000.00 | 3N Outdoor Media Inc. | Wire transfer representing the final payment for the return of preferred stock in 3N Outdoor Media Inc. acquired by Canes Twenty Three LLC. |
| 6 | 12/21/22 | 148,954.68 | Market Central Private Assets LLC | Wire transfer representing the remaining proceeds from the liquidation of the aforementioned interest in SpaceX. |
| | | **$  949,880.00** | **Subtotal, Other Investments Proceeds** | |
| | | | | |
| | | | **Miscellaneous Refunds and Other Collections** | |
| 7 | 12/28/22 | $   40,000.00 | Paul's Maintenance Inc. | Wire transfer representing the refund of a deposit paid by Canes Fourteen LLC on 2/26/21 for planned house renovations at 11353 Manatee Terrace, Lake Worth, Florida 33449. |
| | | **$   40,000.00** | **Subtotal, Miscellaneous Refunds and Other Collections** | |
| | | **$ 1,054,880.00** | **Total Monies Collected** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

### Expenditures for the Quarter Ended December 31, 2022

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|--------------------------------|
| | | | | **Creditor Distributions** | |
| 1 | 12/30/22 | $ 1,181,200.00 | Wire Transfer | Silicon Valley Bank | **Creditor Distributions** – Interim distribution pursuant to *Order Granting the Unopposed Motion Authorizing (I) a Second Interim Distribution to Citizens Bank, N.A. and Silicon Valley Bank, (II) the Payment to Citizens Bank, N.A. for the Amount Due by the Receivership Estate Under A Certificate, and (III) Related Relief* dated 12/29/22 (the "12/29/22 Creditor Distribution and Loan Repayment Order"). |
| 2 | 12/30/22 | 818,800.00 | Wire Transfer | Citizens Bank, N.A. | **Creditor Distributions** – Interim distribution pursuant to the 12/29/22 Creditor Distribution and Loan Repayment Order.[3] |
| | | **$ 2,000,000.00** | **Subtotal, Creditor Distributions** | | |
| | | | | **Repayment of Loan Under *Receiver's First Lien Certificate of Indebtedness*** | |
| 3 | 12/30/22 | $   209,374.76 | Wire Transfer | Citizens Bank, N.A. | **Loan Repayment** – Payment to Citizens Bank pursuant to the 12/29/22 Creditor Distribution and Loan Repayment Order. Amount represents repayment of $200,000.00 of loan principal and payment of $9,374.76 in interest under *Receiver's First Lien Certificate of Indebtedness* (the "Certificate") dated 6/8/21.[3] |
| | | **$   209,374.76** | **Subtotal, Repayment of Loan Under *Receiver's First Lien Certificate of Indebtedness*** | | |

---

[3] As reflected in the attached City National Bank account statements, the payment to Citizens Bank of the credit distribution and the loan repayment under the Certificate were made in a single payment on 12/30/22 in the amount of $1,028,174.76.

In re Smerling Litigation

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

### Expenditures for the Quarter Ended December 31, 2022 (continued)

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | | **Professional Fees** |
| 4 | 11/2/22 | $ 375,546.13 | Check Payment | Kroll Associates, Inc. | **Professional Fees** – Second Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 10/1/21 through 4/30/22.[4] |
| 5 | 11/2/22 | 139,094.00 | Check Payment | James S. Feltman, Receiver | **Professional Fees** – Second Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 10/1/21 through 4/30/22. [4][5] |
| 6 | 12/5/22 | 652,083.41 | Check Payment | Berger Singerman LLP | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| 7 | 12/8/22 | 251,289.11 | Wire Transfer | Faegre Drinker Biddle & Reath LLP | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| 8 | 12/8/22 | 90,510.80 | Wire Transfer | Pestalozzi Attorneys at Law Limited | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| 9 | 12/8/22 | 9,935.00 | Wire Transfer | LeeSalmonLong | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| 10 | 12/8/22 | 7,693.37 | Wire Transfer | Little & Matysik P.C. | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |

---

[4] The initial checks written on or around 7/8/22 to Kroll and the Receiver in connection with each's Second Interim Award were lost in transit and subsequently cancelled. Replacement checks were written on 9/28/22 and cashed on 11/2/22.

[5] The check written to the Receiver was mistakenly in the amount of $139,094.00—$2,000.00 greater than the $137,094.00 awarded to the Receiver pursuant to *Order Granting Unopposed Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Receiver and the Professionals Retained by the Receiver, for the Period of October 1, 2021 through April 30, 2022* dated 7/5/22. To correct for this accidental overpayment, the amount paid to Kroll Associates Inc. in connection with the Third Interim Award was reduced by $2,000.00. Refer to Line 11 of the Expenditures statement on Page 5 of this report.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

**Expenditures for the Quarter Ended December 31, 2022 (continued)**

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | **Professional Fees (continued)** | |
| 11 | 12/9/22 | $  257,093.75 | Check Payment | Kroll Associates, Inc. | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22.[6] |
| 12 | 12/9/22 | 72,708.00 | Check Payment | James S. Feltman, Receiver | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| 13 | 12/13/22 | 10,499.50 | Wire Transfer | Daniel, Brantley & Associates | **Professional Fees** – Third Interim Award for services rendered and reimbursements for actual and necessary expenses during the period of 5/1/22 through 10/31/22. |
| | | **$ 1,866,453.07** | | **Subtotal, Professional Fees** | |

---

[6] To correct for the accidental overpayment in connection with the Second Interim Award noted in Footnote 5 above, the amount paid to Kroll with respect to the Third Interim Award was $2,000.00 less than the $259,093.75 awarded to it pursuant to *Order Granting Unopposed Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Receiver and the Professionals Retained by the Receiver, for the Period of May 1, 2022 through October 31, 2022* dated 11/29/22.

In re Smerling Litigation

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

**Expenditures for the Quarter Ended December 31, 2022 (concluded)**

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|------|------|--------|----------------|-------|----------------------------------|
| | | | | **Miscellaneous Disbursements** | |
| 14 | 10/11/22 | $   22,075.98 | Check Payment | Consilio LLC | **Information Technology Expense** – eDiscovery services for the 11-month period from 10/1/21 to 8/31/22. |
| 15 | 10/17/22 | 3.79 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 16 | 10/28/22 | 12.00 | Electronic Payment | Chubb | **Insurance Expense** – Automobile insurance premiums under Chubb Masterpiece Policy No. 14869911-01 for a 2020 Cadillac Escalade owned by Canes Twelve LLC. |
| 17 | 11/15/22 | 3.24 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 18 | 12/8/22 | 45.00 | Bank Deduction | Bank of America | **Not Budgeted** – Effectively, a fee for the first of two unsuccessful wire transfer attempts with respect to the payment of the amount awarded to Daniel, Brantley & Associates in connection with its Third Interim Award.[7] |
| 19 | 12/13/22 | 45.00 | Bank Deduction | Bank of America | **Not Budgeted** – Effectively, a fee for the second of two unsuccessful wire transfer attempts to Daniel, Brantley & Associates noted above.[8] |
| 20 | 12/15/22 | 3.79 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| | | $      22,188.80 | **Subtotal, Miscellaneous Disbursements** | | |
| | | $ 4,098,016.63 | **Total Expenditures** | | |

---

[7] As reflected in the attached City National Bank account statements, $10,499.50 paid to Daniel, Brantley & Associates on 12/8/22 (Wire Transfer No. 026009593000356) net of $10,454.50 returned to the Receiver's bank account by Bank of America—the financial institution at which Daniel, Brantley & Associates' account is held—also on 12/8/22 (02600959313Ft01).

[8] As reflected in the attached City National Bank account statements, $10,499.50 paid to Daniel, Brantley & Associates on 12/12/22 (Wire Transfer No. 026009593001086) net of $10,454.50 returned to the Receiver's bank account by Bank of America on 12/13/22 (02600959306Ft01).

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2022

### Check Disbursements for the Quarter Ended December 31, 2022

| Check No. | Check Date | Payment Processing Date | Check Amount | Payee | Link to Expenditures Statement |
|---|---|---|---|---|---|
| 1013 | 9/28/22 | 11/2/22 | $  375,546.13 | Kroll Associates, Inc. | Expenditure #4 |
| 1014 | 9/28/22 | 11/2/22 | 139,094.00 | James S. Feltman, Receiver | Expenditure #5 |
| 1015 | Unknown | 10/11/22 | 22,075.98 | Consilio LLC | Expenditure #14 |
| 1016 | 12/4/22 | 12/9/22 | 257,093.75 | Kroll Associates, Inc. | Expenditure #11 |
| 1017 | 12/4/22 | 12/5/22 | 652,083.41 | Berger Singerman LLP | Expenditure #6 |
| 1018 | 12/4/22 | 12/9/22 | 72,708.00 | James S. Feltman, Receiver | Expenditure #12 |
| | | | $ 1,518,601.27 | Total Check Disbursements | |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended December 31, 2022

## Statements for Receivership Accounts

Refer to the **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928 for the periods ended October 31, November 30, and December 31, 2022.



## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:      Monday - Friday:        9:00am - 5:00pm

P:5113 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

NMLS 412469

 



## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $4,255,734.83 |
| Last Statement: | September 30, 2022 | Ending Balance: | $4,584,572.17 |
| This Statement: | October 31, 2022 | Average Ledger Balance: | $4,378,681.28 |
| | | Low Balance: | $4,255,734.83 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 4,255,734.83 |
| 10-05 | Wire Transfer Market Central Privat 10700737542Ft03 | 150,925.32 | | 4,406,660.15 |
| 10-11 | Check # 1015 | | 22,075.98 | 4,384,584.17 |
| 10-28 | Chubb-prs Ins.prem Prs | | 12.00 | 4,384,572.17 |
| 10-31 | Wire Transfer Robert D Rubin + 12100024803Ft03 | 200,000.00 | | 4,584,572.17 |
| 10-31 | Ending totals | 350,925.32 | 22,087.98 | 4,584,572.17 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1015 | 10-11 | 22,075.98 | | | |

* Skip In Check Sequence



# Helping you take your best shot

 

The Official Bank of the Orlando Magic



### Join us on social media!

Continued on the next page



# SEND PERSONAL FUNDS QUICKLY AND SECURELY

With fast processing times and token-based
authentication, online wire transfers are the safe
and efficient way to send personal funds.

**SIGN IN TO ONLINE BANKING TO GET STARTED**

Check # 1015  Amount: $22,075.98  Date: 10/11/2022          Check # 1015  Amount: $22,075.98  Date: 10/11/2022

**Image Front Unavailable**                    **Image Back Unavailable**





## CLIENT SERVICES

 **Online**
citynationalprivate.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

 **Telephone**
305-447-1899
800-383-4413

 **Your Banking Center Hours**
Lobby:      Monday - Friday:      9:00am - 5:00pm

P:5094 / T: / S:



ELLIOT SMERLING RECEIVERSHIP
CASE NO. 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

NMLS 412469

 **Member FDIC**

 **EQUAL HOUSING LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $4,584,572.17 |
| Last Statement: | October 31, 2022 | Ending Balance: | $4,584,932.04 |
| This Statement: | November 30, 2022 | Average Ledger Balance: | $4,273,486.71 |
| | | Low Balance: | $4,069,932.04 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 10-31 | Beginning balance | | | 4,584,572.17 |
| 11-02 | Check # 1014 | | 139,094.00 | 4,445,478.17 |
| 11-02 | Check # 1013 | | 375,546.13 | 4,069,932.04 |
| 11-07 | Deposit | 6,500.00 | | 4,076,432.04 |
| 11-15 | Deposit | 58,500.00 | | 4,134,932.04 |
| 11-21 | Wire Transfer 3N Outdoor Media, Llc 02100002125Ft03 | 450,000.00 | | 4,584,932.04 |
| 11-30 | Ending totals | 515,000.00 | 514,640.13 | 4,584,932.04 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1013 | 11-02 | 375,546.13 | 1014 | 11-02 | 139,094.00 |

* Skip In Check Sequence



# Thank you for voting

## for City National Bank!

City National Bank is a Hall of Fame
member for having placed at the top
of each category for eleven years.

- Best Private Bank
- Best Business Bank
- Best Bank for Commercial
  Real Estate Lending
- Best Community Bank
- Best Bank for Jumbo Loans
- Best Foreign National
  Mortgage Lenders

BEST OF 2022
WINNER

Continued on the next page

**Join us on social media!** 



HAPPY *Holidays*

Wishing you and yours a happy **holiday season!**
We look forward to a new year together.

Amount: $6,500.00  Date: 11/07/2022                    Amount: $6,500.00  Date: 11/07/2022


**Image Front Unavailable**                            **Image Back Unavailable**



Amount: $58,500.00  Date: 11/15/2022                   Amount: $58,500.00  Date: 11/15/2022







Check # 1013  Amount: $375,546.13  Date: 11/02/2022   Check # 1013  Amount: $375,546.13  Date: 11/02/2022





Check # 1014  Amount: $139,094.00  Date: 11/02/2022   Check # 1014  Amount: $139,094.00  Date: 11/02/2022





Page: 1 of 3
Account: XXXXXXX2847



## CLIENT SERVICES



**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

P:5074 / T: / S:



ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

NMLS 412469

Member **FDIC**    EQUAL HOUSING **LENDER**

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $4,584,932.04 |
| Last Statement: | November 30, 2022 | Ending Balance: | $1,212,609.02 |
| This Statement: | December 30, 2022 | Average Ledger Balance: | $3,475,671.33 |
| | | Low Balance: | $1,212,609.02 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | 4,584,932.04 |
| 12-05 | Check # 1017 | | 652,083.41 | 3,932,848.63 |
| 12-08 | Wire Transfer Bank Of America 02600959313Ft01 | 10,454.50 | | 3,943,303.13 |
| 12-08 | Wire Transfer Little And Matysik Pc 026005092000209 | | 7,693.37 | 3,935,609.76 |
| 12-08 | Wire Transfer Lee Salmon Long 026005092000172 | | 9,935.00 | 3,925,674.76 |
| 12-08 | Wire Transfer Daniel Brantley And A 026009593000356 | | 10,499.50 | 3,915,175.26 |
| 12-08 | Wire Transfer Pestalozzi Attorneys 026005092000225 | | 90,510.80 | 3,824,664.46 |
| 12-08 | Wire Transfer Faegre Drinker Biddle 026005092000202 | | 251,289.11 | 3,573,375.35 |
| 12-09 | Check # 1018 | | 72,708.00 | 3,500,667.35 |
| 12-09 | Check # 1016 | | 257,093.75 | 3,243,573.60 |
| 12-12 | Wire Transfer Daniel Brantley And A 026009593001086 | | 10,499.50 | 3,233,074.10 |
| 12-13 | Wire Transfer Bank Of America 02600959306Ft01 | 10,454.50 | | 3,243,528.60 |

Continued on the next page



# SEND PERSONAL FUNDS QUICKLY AND SECURELY

With fast processing times and token-based authentication, online wire transfers are the safe and efficient way to send personal funds.

SIGN IN TO ONLINE BANKING TO GET STARTED



Join us on social media!



# QUICKLY ACCESS FUNDS TO GROW YOUR BUSINESS

Apply online and instantly see if you prequalify for the SBA 7(a) Lending Program.

GET STARTED TODAY. ASK YOUR BANKER FOR DETAILS.

Case 1:21-cv-02552-JPC   Document 252   Filed 01/25/23   Page 17 of 21

Attachment 1, Page 6

Page:
Account:

2 of 3
XXXXXXX2847

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|--------------------|--------------------------|---------|
| 12-13 | Wire Transfer Daniel Brantley And A 026005092001132 | | 10,499.50 | 3,233,029.10 |
| 12-21 | Wire Transfer Market Central Privat 10700737505Ft01 | 148,954.68 | | 3,381,983.78 |
| 12-28 | Wire Transfer Pauls Maintenance, In 02100002101Ft01 | 40,000.00 | | 3,421,983.78 |
| 12-30 | Wire Transfer Comm Loan Accounting 011500120000741 | | 1,028,174.76 | 2,393,809.02 |
| 12-30 | Wire Transfer Silicon Valley Bank 121140399000727 | | 1,181,200.00 | 1,212,609.02 |
| 12-30 | Ending totals | 209,863.68 | 3,582,186.70 | 1,212,609.02 |



## Checks

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1016 | 12-09 | 257,093.75 | 1018 | 12-09 | 72,708.00 |
| 1017 | 12-05 | 652,083.41 | | | |

* Skip In Check Sequence

Continued on the next page

Check # 1016  Amount: $257,093.75  Date: 12/09/2022



Check # 1016  Amount: $257,093.75  Date: 12/09/2022



Check # 1017  Amount: $652,083.41  Date: 12/05/2022



Check # 1017  Amount: $652,083.41  Date: 12/05/2022



Check # 1018  Amount: $72,708.00  Date: 12/09/2022



Check # 1018  Amount: $72,708.00  Date: 12/09/2022



## CLIENT SERVICES



**Online**
citynationalprivate.com



**CityTel**
1-800-762-CITY (2489)



**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:        Monday - Friday:        9:00am - 5:00pm

P:5115 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453



For additional locations
and hours, please visit
citynational.com

NMLS 412469

 

---

### Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,199.06 |
| Last Statement: | September 30, 2022 | Ending Balance: | $219,195.27 |
| This Statement: | October 31, 2022 | Average Ledger Balance: | $219,197.22 |
| | | Low Balance: | $219,195.27 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 219,199.06 |
| 10-17 | Monthly Service Fee | | 3.79 | 219,195.27 |
| 10-31 | Ending totals | 0.00 | 3.79 | 219,195.27 |

## Helping you take your best shot

 

The Official Bank of the Orlando Magic



### Join us on social media!



## SEND PERSONAL FUNDS QUICKLY AND SECURELY

With fast processing times and token-based
authentication, online wire transfers are the safe
and efficient way to send personal funds.

**SIGN IN TO ONLINE BANKING TO GET STARTED**





Page:
Account:                                                  1 of 1
                                                         XXXXXXX2928

## CLIENT SERVICES

 **Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:        9:00am - 5:00pm

P:5096 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

NMLS 412469

 

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,195.27 |
| Last Statement: | October 31, 2022 | Ending Balance: | $219,192.03 |
| This Statement: | November 30, 2022 | Average Ledger Balance: | $219,193.54 |
| | | Low Balance: | $219,192.03 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 10-31 | Beginning balance | | | 219,195.27 |
| 11-15 | Monthly Service Fee | | 3.24 | 219,192.03 |
| 11-30 | Ending totals | 0.00 | 3.24 | 219,192.03 |



# Thank you for voting

## for City National Bank!

City National Bank is a Hall of Fame member for having placed at the top of each category for eleven years.

- Best Private Bank
- Best Business Bank
- Best Bank for Commercial Real Estate Lending
- Best Community Bank
- Best Bank for Jumbo Loans
- Best Foreign National Mortgage Lenders

BEST OF 2022
WINNER

**Join us on social media!**




HAPPY *Holidays*

Wishing you and yours a happy **holiday season!**
We look forward to a new year together.



## CLIENT SERVICES



| | |
|---|---|
| **Online** | **CityTel** |
| citynationalprivate.com | 1-800-762-CITY (2489) |



**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:     Monday - Friday:     9:00am - 5:00pm

P:5076 / T: / S:



JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations
and hours, please visit
citynational.com

NMLS 412469

 

| | |
|---|---|
| **Regular Commercial Checking** | |

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,192.03 |
| Last Statement: | November 30, 2022 | Ending Balance: | $219,188.24 |
| This Statement: | December 30, 2022 | Average Ledger Balance: | $219,190.00 |
| | | Low Balance: | $219,188.24 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | 219,192.03 |
| 12-15 | Monthly Service Fee | | 3.79 | 219,188.24 |
| 12-30 | Ending totals | 0.00 | 3.79 | 219,188.24 |

## SEND PERSONAL FUNDS QUICKLY AND SECURELY

With fast processing times and token-based authentication, online wire transfers are the safe and efficient way to send personal funds.

SIGN IN TO ONLINE BANKING TO GET STARTED





**Join us on social media!**



## QUICKLY ACCESS FUNDS TO GROW YOUR BUSINESS

Apply online and instantly see if you prequalify for the SBA 7(a) Lending Program.

GET STARTED TODAY. ASK YOUR BANKER FOR DETAILS.