UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

# DECLARATION OF JAMES S. FELTMAN
## WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT
### COVERING THE PERIOD JULY 1, 2023 THROUGH SEPTEMBER 30, 2023

JAMES S. FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2. Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period July 1, 2023 through September 30, 2023.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2023.

_____
JAMES S. FELTMAN

10950667-10

# Exhibit 1

10950667-10

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2023

## Table of Contents

Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2023 ..........................................1

Monies Collected for the Quarter Ended September 30, 2023 ................................................................................2

Expenditures for the Quarter Ended September 30, 2023 .....................................................................................3

    Professional Fees ...........................................................................................................................3

    Miscellaneous Disbursements ........................................................................................................3

Check Disbursements for the Quarter Ended September 30, 2023 .........................................................................4

**Attachments**

<u>Attachment 1</u> – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended July 31, August 31, and September 29, 2023

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2023

### Summary of Activity in Receivership Accounts for the Quarter Ended September 30, 2023

| | | |
|---|---|---:|
| Balances as of June 30, 2023 | | $ 865,540 |
| | | |
| Additions: | | $ — |
| | | |
| Subtractions: | | |
|     Professional fees | | $ 43,975 |
|     Miscellaneous disbursements | | 23,047 |
|     **Total Subtractions** | | **$ 67,022** |
| | | |
|     Net Additions (Subtractions) | | $ (67,022) |
| | | |
| **Balances as of September 30, 2023, per City National Bank account statements** | | **$ 798,518** |
| | | |
| *Less:* Outstanding payment of professional fees and expenses awarded to James S. Feltman, Receiver, in connection with the Order Granting Unopposed Fourth Interim Application, dated June 27, 2023 [1] | | (10,403) |
| | | |
| Adjusted balances as of September 30, 2023 | | $ 788,115 |

---

[1] Represents a portion of the total fees and expenses of $40,515.00 awarded to the Receiver in connection with the Order Granting Unopposed Fourth Interim Application, dated June 27, 2023. As reflected on Page 3 of the previous report (for the quarter ended June 30, 2023), $30,112.50 of the Receiver's award was paid from the receivership accounts on June 28, 2023, via a wire transfer to Kroll Associates, Inc., the firm at which the Receiver was employed through approximately the end of February 2023. The disbursement of the remaining $10,402.50 of the Receiver's award remained outstanding as of September 30, 2023; however, it is expected to be made during the current quarter.

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2023

## Monies Collected for the Quarter Ended September 30, 2023

Not Applicable – No monies were collected during the quarter ended September 30, 2023.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2023

### Expenditures for the Quarter Ended September 30, 2023

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| 1 | 7/18/23 | $ 43,974.70 | Wire Transfer | Pestalozzi Attorneys at Law Limited | **Professional Fees** – Interim award for services rendered and reimbursements for actual and necessary expenses during the period of 11/1/22 through 5/31/23.[2] |
| | | $ 43,974.70 | Subtotal, Professional Fees | | |
| **Miscellaneous Disbursements** | | | | | |
| 2 | 7/17/23 | $ 268.56 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2847. |
| 3 | 7/17/23 | 3.79 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 4 | 7/18/23 | 11,593.93 | Wire Transfer | Consilio LLC | **Informational Technology Expense** – eDiscovery services for the 10-month period from September 1, 2022, to June 30, 2023. |
| 5 | 7/28/23 | 11,041.19 | Wire Transfer | McCarthy Denning Limited | **Real Estate Expense (London Flat)** – Under the terms of the Loan Agreement, dated August 3, 2022, between Canes UK Holdings Limited and the Receiver, an advance of £8,400.00 for the payment of certain legal fees in connection with the real property located at Flat 32, Riverside Court, 20 Nine Elms Lane, London, England SW8 5DB. |
| 6 | 8/15/23 | 132.63 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2847. |
| 7 | 8/15/23 | 3.25 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 8 | 9/15/23 | 3.25 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| | | $ 23,046.60 | Subtotal, Miscellaneous Disbursements | | |
| | | $ 67,021.30 | Total Expenditures | | |

---

[2] Pursuant to the Order Granting Unopposed Fourth Interim Application, dated June 27, 2023.

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended September 30, 2023

### Check Disbursements for the Quarter Ended September 30, 2023

Not Applicable – No expenditures for the quarter ended September 30, 2023, were made with checks drawn on the City National Bank receivership accounts.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended September 30, 2023

## Statements for Receivership Accounts

Refer to the **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928 for the periods ended July 31, August 31, and September 29, 2023.



Page: 1 of 1
Account: XXXXXXX2847

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:5144 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469

Member FDIC   Equal Housing Lender

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $646,372.81 |
| Last Statement: | June 30, 2023 | Ending Balance: | $579,494.43 |
| This Statement: | July 31, 2023 | Average Ledger Balance: | $619,722.68 |
| | | Low Balance: | $579,494.43 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 646,372.81 |
| 07-17 | Monthly Service Fee | | 268.56 | 646,104.25 |
| 07-18 | Wire Transfer Consilio 021001088000942 | | 11,593.93 | 634,510.32 |
| 07-18 | Wire Transfer Pestalozzi Attorneys 026005092000615 | | 43,974.70 | 590,535.62 |
| 07-28 | Wire Transfer Mccarthy Denning Limi Wfbius6ssfo | | 11,041.19 | 579,494.43 |
| 07-31 | Ending totals | 0.00 | 66,878.38 | 579,494.43 |

City National Bank is pleased to be considered for the *Daily Business Review's* "Best Of" list.

We would be honored if you would vote for City National Bank in the following categories:

**#22**  Best Private Bank
**#23**  Best Business Bank
**#24**  Best Bank for Commercial Real Estate Lending
**#25**  Best Community Bank
**#26**  Best Bank for Jumbo Loans
**#27**  Best Bank for Wealth Management
**#28**  Best Foreign National Mortgage Lending

You can complete the entire survey, or simply vote in these categories. Voting starts on July 31 and ends on August 25, 2023. Vote by visiting https://www.surveymonkey.com/r/BestofDBR2023 or by using the QR code.

**SCAN TO VOTE**

**Join us on social media!**



### Your Goals. Our Purpose.

Some things age. Others mature. Understanding the difference, and how to help things get better over time takes the guiding hand of an expert.

**Get in touch with one of our Wealth Management specialists.**

Investment products are not insured by the FDIC or by any federal government agency. They are not a deposit or other obligation of, or guaranteed by, City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.  City National Private does not provide tax or legal advice. Some securities products may be provided by Bci Securities, Inc. City National Bank of Florida is an FDIC insured institution and not a broker-dealer. Bci Securities, Inc. is a registered broker-dealer and insured by SIPC. Bci Securities is an affiliate of City National Bank of Florida under common ownership.



**City National Private**

| | |
|---|---|
| Page: | 1 of 1 |
| Account: | XXXXXXX2847 |

### CLIENT SERVICES

| Online | CityTel |
|---|---|
| citynationalprivate.com | 1-800-762-CITY (2489) |

| Your Banking Center | Telephone |
|---|---|
| City National Private Law Grp | 305-447-1899 |
| 1450 Brickell Ave., Suite 100 | 800-383-4413 |
| Miami, FL 33131 | |

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

P:5082 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469 

### Regular Commercial Checking

**Account Summary**

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $579,494.43 |
| Last Statement: | July 31, 2023 | Ending Balance: | $579,361.80 |
| This Statement: | August 31, 2023 | Average Ledger Balance: | $579,421.69 |
| | | Low Balance: | $579,361.80 |

**Daily Activity**

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | 579,494.43 |
| 08-15 | Monthly Service Fee | | 132.63 | 579,361.80 |
| 08-31 | Ending totals | 0.00 | 132.63 | 579,361.80 |



**Experience The Benefits Of Our Custom Credit Solutions.**

- Primary Residence Land Acquisition
- Residential Construction
- Conforming and Jumbo Lending
- First & Second position HELOCs

Get in touch with your Private Banking Officer.

NMLS 412469

**Join us on social media!** 



**Your Goals. Our Purpose.**

Some things age. Others mature. Understanding the difference, and how to help things get better over time takes the guiding hand of an expert.

Get in touch with one of our Wealth Management specialists.

Investment products are not insured by the FDIC or by any federal government agency. They are not a deposit or other obligation of, or guaranteed by, City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested. City National Bank Private does not provide tax or legal advice. Some securities products may be provided by Bci Securities, Inc. City National Bank of Florida is an FDIC insured institution and not a broker-dealer. Bci Securities, Inc. is a registered broker-dealer and insured by SIPC. Bci Securities is an affiliate of City National Bank of Florida under common ownership.



CLIENT SERVICES

Online: citynationalprivate.com
CityTel: 1-800-762-CITY (2489)

Your Banking Center: City National Private Law Grp, 1450 Brickell Ave., Suite 100, Miami, FL 33131
Telephone: 305-447-1899 / 800-383-4413

Your Banking Center Hours
Lobby: Monday - Friday: 9:00am - 5:00pm

For additional locations and hours, please visit citynational.com

 
NMLS 412469

P:5071 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $579,361.80 |
| Last Statement: | August 31, 2023 | Ending Balance: | $579,361.80 |
| This Statement: | September 29, 2023 | Average Ledger Balance: | $579,361.80 |
| | | Low Balance: | $579,361.80 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 579,361.80 |
| 09-29 | Ending totals | 0.00 | 0.00 | 579,361.80 |



Experience The Benefits Of Our Custom Credit Solutions.

- Primary Residence Land Acquisition
- Residential Construction
- Conforming and Jumbo Lending
- First & Second position HELOCs

Get in touch with your Private Banking Officer.

NMLS 412469


Join us on social media!



October is Cybersecurity Awareness Month

Think before you click, stay safe online!

To learn more about cyber threats, scan the QR code 



| | |
|---|---|
| Page: | 1 of 1 |
| Account: | XXXXXXX2928 |

### CLIENT SERVICES

| Online | CityTel |
|---|---|
| citynationalprivate.com | 1-800-762-CITY (2489) |

| Your Banking Center | Telephone |
|---|---|
| City National Private Law Grp | 305-447-1899 |
| 1450 Brickell Ave., Suite 100 | 800-383-4413 |
| Miami, FL 33131 | |

**Your Banking Center Hours**
Lobby:  Monday - Friday:  9:00am - 5:00pm

P:5146 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469

 

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,166.58 |
| Last Statement: | June 30, 2023 | Ending Balance: | $219,162.79 |
| This Statement: | July 31, 2023 | Average Ledger Balance: | $219,164.74 |
| | | Low Balance: | $219,162.79 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 06-30 | Beginning balance | | | 219,166.58 |
| 07-17 | Monthly Service Fee | | 3.79 | 219,162.79 |
| 07-31 | Ending totals | 0.00 | 3.79 | 219,162.79 |

City National Bank is pleased to be considered for the *Daily Business Review's* "Best Of" list.

We would be honored if you would vote for City National Bank in the following categories:

**#22**  Best Private Bank
**#23**  Best Business Bank
**#24**  Best Bank for Commercial Real Estate Lending
**#25**  Best Community Bank
**#26**  Best Bank for Jumbo Loans
**#27**  Best Bank for Wealth Management
**#28**  Best Foreign National Mortgage Lending

You can complete the entire survey, or simply vote in these categories. Voting starts on July 31 and ends on August 25, 2023. Vote by visiting https://www.surveymonkey.com/r/BestofDBR2023 or by using the QR code.




**SCAN TO VOTE**

Join us on social media!


**Your Goals. Our Purpose.**

Some things age. Others mature. Understanding the difference, and how to help things get better over time takes the guiding hand of an expert.

**Get in touch with one of our Wealth Management specialists.**

Investment products are not insured by the FDIC or by any federal government agency. They are not a deposit or other obligation of, or guaranteed by, City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.  City National Private does not provide tax or legal advice. Some securities products may be provided by Bci Securities, Inc. City National Bank of Florida is an FDIC insured institution and not a broker-dealer. Bci Securities, Inc. is a registered broker-dealer and insured by SIPC. Bci Securities is an affiliate of City National Bank of Florida under common ownership.





Page: 1 of 1
Account: XXXXXXX2928

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:5084 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

NMLS 412469

For additional locations
and hours, please visit
citynational.com



## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,162.79 |
| Last Statement: | July 31, 2023 | Ending Balance: | $219,159.54 |
| This Statement: | August 31, 2023 | Average Ledger Balance: | $219,161.00 |
| | | Low Balance: | $219,159.54 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | 219,162.79 |
| 08-15 | Monthly Service Fee | | 3.25 | 219,159.54 |
| 08-31 | Ending totals | 0.00 | 3.25 | 219,159.54 |



**Experience The Benefits Of Our Custom Credit Solutions.**

- Primary Residence Land Acquisition
- Residential Construction
- Conforming and Jumbo Lending
- First & Second position HELOCs

Get in touch with your Private Banking Officer.

NMLS 412469

**Join us on social media!** 



**Your Goals. Our Purpose.**

Some things age. Others mature. Understanding the difference, and how to help things get better over time takes the guiding hand of an expert.

Get in touch with one of our Wealth Management specialists.

Investment products are not insured by the FDIC or by any federal government agency. They are not a deposit or other obligation of, or guaranteed by, City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested. City National Bank Private does not provide tax or legal advice. Some securities products may be provided by Bci Securities, Inc. City National Bank of Florida is an FDIC insured institution and not a broker-dealer. Bci Securities, Inc. is a registered broker-dealer and insured by SIPC. Bci Securities is an affiliate of City National Bank of Florida under common ownership.



Page: 1 of 1
Account: XXXXXXX2928

CLIENT SERVICES

Online: citynationalprivate.com
CityTel: 1-800-762-CITY (2489)

Your Banking Center: City National Private Law Grp, 1450 Brickell Ave., Suite 100, Miami, FL 33131
Telephone: 305-447-1899 / 800-383-4413

Your Banking Center Hours
Lobby: Monday - Friday: 9:00am - 5:00pm

For additional locations and hours, please visit citynational.com

NMLS 412469 Member FDIC — Equal Housing Lender

P:5073 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,159.54 |
| Last Statement: | August 31, 2023 | Ending Balance: | $219,156.29 |
| This Statement: | September 29, 2023 | Average Ledger Balance: | $219,157.85 |
| | | Low Balance: | $219,156.29 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | 219,159.54 |
| 09-15 | Monthly Service Fee | | 3.25 | 219,156.29 |
| 09-29 | Ending totals | 0.00 | 3.25 | 219,156.29 |

Experience The Benefits Of Our Custom Credit Solutions.

- Primary Residence Land Acquisition
- Residential Construction
- Conforming and Jumbo Lending
- First & Second position HELOCs

Get in touch with your Private Banking Officer.

NMLS 412469



Join us on social media! 



October is Cybersecurity Awareness Month

Think before you click, stay safe online!

To learn more about cyber threats, scan the QR code