UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
SILICON VALLEY BANK *et al.*,                                          :
:
                Plaintiffs,                      :
:
      -v-                                                          :    21 Civ. 2552 (JPC)
:
JES GLOBAL CAPITAL GP III, LLC,                                        :
:
                Defendants.                      :
:
-----------------------------------------------------------------------X
:
CITIZENS BANK N.A.,                                                    :
:
                Plaintiff,                       :
:
      -v-                                                          :    21 Civ. 5766 (JPC)
:
JES GLOBAL CAPITAL II, L.P. *et al.*,                                  :
:    <u>ORDER</u>
                Defendants.                      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Receiver James S. Feltman's unopposed motion related to distributions. No. 21 Civ. 2552, Dkts. 289-292. An Order approving this motion will enter under separate cover. The Court will hold a telephonic conference to discuss next steps in this matter on May 13, 2024 at 2:00 p.m. At the scheduled time, counsel for the Receiver and any parties should call (866) 434-5269, code 9176261.

       SO ORDERED.

Dated: March 28, 2024
       New York, New York
                                                          JOHN P. CRONAN
                                                           United States District Judge