UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

**DECLARATION OF JAMES S. FELTMAN
WITH RESPECT TO THE RECEIVER'S QUARTERLY REPORT
COVERING THE PERIOD OCTOBER 1, 2024 THROUGH DECEMBER 31, 2024**

JAMES S. FELTMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the receiver (the "Receiver") appointed pursuant to that certain *Order Appointing Receiver*, dated May 14, 2021 (Case No. 1:21-cv-05766-JPC, ECF No. 28) (the "Receivership Order") and that certain *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action Into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (Case No. 1:21-cv-02552-JPC, ECF No. 98) (the "Receivership Consolidation/Expansion Order").

2. Pursuant to paragraph 12 of the Receivership Order, I attached hereto as **Exhibit "1"** the Receiver's quarterly report covering the period October 1, 2024 through December 31, 2024.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2025.

_____
JAMES S. FELTMAN

10950667-15

# Exhibit 1

10950667-15

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2024

## Table of Contents

Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2024 ..........................................1

Monies Collected for the Quarter Ended December 31, 2024 ...............................................................................2

    Miscellaneous Collections ...............................................................................................................................2

Expenditures for the Quarter Ended December 31, 2024 ......................................................................................3

    Miscellaneous Disbursements........................................................................................................................3

Check Disbursements for the Quarter Ended December 31, 2024 .........................................................................4

**Attachments**

<u>Attachment 1</u> – Copies of Statements for the City National Bank Receivership Accounts for the Periods Ended October 31, November 29, and December 31, 2024

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2024

**Summary of Activity in Receivership Accounts for the Quarter Ended December 31, 2024**

| | |
|---|---:|
| Balances as of September 30, 2024 | $ 707,731 |
| Additions: | |
|    Miscellaneous collections | $ 0 |
|    **Total Additions** | **$ 0** |
| Subtractions: | |
|    Miscellaneous disbursements | $ 86 |
|    **Total Subtractions** | **$ 86** |
|    Net Additions (Subtractions) | $ (86) |
| **Balances as of December 31, 2024, per City National Bank account statements** | **$ 707,645** |

**In re Smerling Litigation**
**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**
Report of Receiver for the Quarter Ended December 31, 2024

## Monies Collected for the Quarter Ended December 31, 2024

Not Applicable – No monies were collected during the quarter ended December 31, 2024

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2024

### Expenditures for the Quarter Ended December 31, 2024

| Item | Date | Amount | Payment Method | Payee | Budget Category and Description |
|---|---|---|---|---|---|
| | | | | | **Miscellaneous Disbursements** |
| 1 | 10/16/24 | 3.84 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 2 | 10/31/24 | 25.00 | Bank Deduction | City National Bank | **Not Budgeted** – Dormant account fee for account ending x2928. |
| 3 | 11/15/24 | 3.30 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 4 | 11/29/24 | 25.00 | Bank Deduction | City National Bank | **Not Budgeted** – Dormant account fee for account ending x2928. |
| 5 | 12/16/24 | 3.84 | Bank Deduction | City National Bank | **Not Budgeted** – Monthly service fee for account ending x2928. |
| 6 | 12/31/24 | 25.00 | Bank Deduction | City National Bank | **Not Budgeted** – Dormant account fee for account ending x2928. |
| | | $ 85.98 | | **Subtotal, Miscellaneous Disbursements** | |
| | | $ 85.98 | | **Total Expenditures** | |

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2024

### Check Disbursements for the Quarter Ended December 31, 2024

Not Applicable – No expenditures for the quarter ended December 31, 2024, were made with checks drawn on the City National Bank receivership accounts.

**In re Smerling Litigation**

**United States District Court for the Southern District of New York, Case No. 1:21-cv-02552-JPC**

Report of Receiver for the Quarter Ended December 31, 2024

## Statements for Receivership Accounts

Refer to **Attachment 1** for statements for City National Bank Receivership accounts ending x2847 and x2928 for the periods ended October 31, November 29, and December 31, 2024.



Page: 1 of 1
Account: XXXXXXX2847

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday – Friday:   9:00am – 5:00pm

P:4699 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469
Member FDIC
EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| Account: | XXXXXXX2847 | Beginning Balance: | $488,692.24 |
|---|---|---|---|
| Last Statement: | September 30, 2024 | Ending Balance: | $488,692.24 |
| This Statement: | October 31, 2024 | Average Ledger Balance: | $488,692.24 |
| | | Low Balance: | $488,692.24 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 488,692.24 |
| 10-31 | Ending totals | 0.00 | 0.00 | 488,692.24 |



**Are you ready**
to purchase your dream home?

Discover personalized mortgage solutions from Florida's premier bank

SCAN the code to get started.

---

⚠️ **Important information relating to all interest-bearing checking, money market, and savings accounts.**

If the balance of the account ends with a zero balance at the end of the related interest period, all interest otherwise due to you is forfeited and shall not be paid for such interest period. To avoid this loss of interest you must keep a balance in the account until interest is paid.

000000



Page: 1 of 1
Account: XXXXXXX2847

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:4644 / T: / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469
Member FDIC
EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $488,692.24 |
| Last Statement: | October 31, 2024 | Ending Balance: | $488,692.24 |
| This Statement: | November 29, 2024 | Average Ledger Balance: | $488,692.24 |
| | | Low Balance: | $488,692.24 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 10-31 | Beginning balance | | | 488,692.24 |
| 11-29 | Ending totals | 0.00 | 0.00 | 488,692.24 |



**Thank you for voting for City National Bank!**

City National Bank is a Hall of Fame member for having placed at the top of each category for thirteen years.

- Best Private Bank
- Best Business Bank
- Best Bank for Commercial Real Estate Lending
- Best Community Bank
- Best Bank for Jumbo Loans
- Best Foreign National Mortgage Lenders



**Say Yes To Possibility.**

Visit us at www.citynational.com



Page: 1 of 1
Account: XXXXXXX2847

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

1361 1 AV 0.540                            P:1361 / T:5 / S:

ELLIOT SMERLING RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469
Member FDIC
EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2847 | Beginning Balance: | $488,692.24 |
| Last Statement: | November 29, 2024 | Ending Balance: | $488,692.24 |
| This Statement: | December 31, 2024 | Average Ledger Balance: | $488,692.24 |
| | | Low Balance: | $488,692.24 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 11-29 | Beginning balance | | | 488,692.24 |
| 12-31 | Ending totals | 0.00 | 0.00 | 488,692.24 |



Miami Herald's
Miami-Dade Favorites

2024 WINNER — Miami-Dade Favorites — Voted Best Wealth Management*

2024 WINNER — Miami-Dade Favorites — Voted Best Bank

*NOT FDIC-INSURED
*NOT GUARANTEED BY THE BANK
*MAY LOSE VALUE
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY



## Are you ready
to purchase your dream home?

Discover personalized mortgage solutions from Florida's premier bank

 SCAN the code to contact a specialist

Loans and lines of credit are subject to credit approval and program requirements. Fees and restrictions apply.
Terms and conditions are subject to change | NMLS #412469

000000




| | |
|---|---|
| Page: | 1 of 1 |
| Account: | XXXXXXX2928 |

## CLIENT SERVICES

**Online**  citynationalprivate.com  
**CityTel**  1-800-762-CITY (2489)

**Your Banking Center**  
City National Private Law Grp  
1450 Brickell Ave., Suite 100  
Miami, FL 33131

**Telephone**  
305-447-1899  
800-383-4413

**Your Banking Center Hours**  
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:4701 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP  
CASE NO 21-CV-80815 AMC  
JAMES S FELTMAN  
1450 BRICKELL AVE STE 1900  
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469 Member FDIC — EQUAL HOUSING LENDER

### Regular Commercial Checking

**Account Summary**

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,038.69 |
| Last Statement: | September 30, 2024 | Ending Balance: | $219,009.85 |
| This Statement: | October 31, 2024 | Average Ledger Balance: | $219,036.70 |
| | | Low Balance: | $219,034.85 |

**Daily Activity**

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | 219,038.69 |
| 10-16 | Monthly Service Fee | | 3.84 | 219,034.85 |
| 10-31 | Dormant Account Fee | | 25.00 | 219,009.85 |
| 10-31 | Ending totals | 0.00 | 28.84 | 219,009.85 |



**Are you ready** to purchase your dream home?

Discover personalized mortgage solutions from Florida's premier bank

SCAN the code to get started.

---



**Important information relating to all interest-bearing checking, money market, and savings accounts.**

If the balance of the account ends with a zero balance at the end of the related interest period, all interest otherwise due to you is forfeited and shall not be paid for such interest period. To avoid this loss of interest you must keep a balance in the account until interest is paid.



Page: 1 of 1
Account: XXXXXXX2928

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

P:4646 / T: / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO 21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469
Member FDIC
EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $219,009.85 |
| Last Statement: | October 31, 2024 | Ending Balance: | $218,981.55 |
| This Statement: | November 29, 2024 | Average Ledger Balance: | $219,008.14 |
| | | Low Balance: | $219,006.55 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 10-31 | Beginning balance | | | 219,009.85 |
| 11-15 | Monthly Service Fee | | 3.30 | 219,006.55 |
| 11-29 | Dormant Account Fee | | 25.00 | 218,981.55 |
| 11-29 | Ending totals | 0.00 | 28.30 | 218,981.55 |



**Thank you for voting for City National Bank!**

City National Bank is a Hall of Fame member for having placed at the top of each category for thirteen years.

- Best Private Bank
- Best Business Bank
- Best Bank for Commercial Real Estate Lending
- Best Community Bank
- Best Bank for Jumbo Loans
- Best Foreign National Mortgage Lenders



**Say Yes To Possibility.**

Visit us at www.citynational.com



Page: 1 of 1
Account: XXXXXXX2928

### CLIENT SERVICES

**Online**
citynationalprivate.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
City National Private Law Grp
1450 Brickell Ave., Suite 100
Miami, FL 33131

**Telephone**
305-447-1899
800-383-4413

**Your Banking Center Hours**
Lobby:   Monday - Friday:   9:00am - 5:00pm

1363 1 AV 0.540                                    P:1363 / T:5 / S:

JES GLOBAL CAPITAL II LLC RECEIVERSHIP
CASE NO  21-CV-80815 AMC
JAMES S FELTMAN
1450 BRICKELL AVE STE 1900
MIAMI FL 33131-3453

For additional locations and hours, please visit citynational.com

NMLS 412469
Member FDIC
EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX2928 | Beginning Balance: | $218,981.55 |
| Last Statement: | November 29, 2024 | Ending Balance: | $218,952.71 |
| This Statement: | December 31, 2024 | Average Ledger Balance: | $218,979.63 |
| | | Low Balance: | $218,977.71 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 11-29 | Beginning balance | | | 218,981.55 |
| 12-16 | Monthly Service Fee | | 3.84 | 218,977.71 |
| 12-31 | Dormant Account Fee | | 25.00 | 218,952.71 |
| 12-31 | Ending totals | 0.00 | 28.84 | 218,952.71 |



Miami Herald's
Miami-Dade Favorites

*NOT FDIC-INSURED
*NOT GUARANTEED BY THE BANK
*MAY LOSE VALUE
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY



## Are you ready
to purchase your dream home?

Discover personalized mortgage solutions from Florida's premier bank



SCAN the code
to contact a specialist

Loans and lines of credit are subject to credit approval and program requirements. Fees and restrictions apply.
Terms and conditions are subject to change | NMLS #412469