UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                              :
IN RE SMERLING LITIGATION.                :      21 Civ. 2552 (JPC)
                              :      <u>ORDER</u>
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      By January 24, 2025, the Receiver, James S. Feltman, shall file a status letter in this matter informing the Court whether there have been any developments in the litigation which was pending before the Swiss Federal Supreme Court as of the May 13, 2024 status conference. *See* Dkt. 303 at 6:11-22. The Receiver's letter should also advise the Court as to his views concerning whether the Court should stay this case pending further developments in the Swiss litigation.

      SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge