UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMERLING LITIGATION, | 21 Civ. 2552 (JPC) |

**NOTICE OF UNOPPOSED MOTION (I) DISCHARGING THE CURRENT RECEIVER, (II) APPOINTING PAUL STEVEN SINGERMAN, ESQ., AS THE SUCCESSOR RECEIVER AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, upon the accompanying *Declaration of Christopher Andrew Jarvinen, Esq., in Support of the Unopposed Motion (I) Discharging the Current Receiver, (II) Appointing Paul Steven Singerman, Esq., as the Successor Receiver, and (III) Granting Related Relief* (the "Declaration"), James S. Feltman (the "Receiver"), as the Court-appointed Receiver and not in his individual capacity, by and through his undersigned counsel, will move this Court, at a date, time and location to be determined by this Court, for an order: (i) discharging James S. Feltman as the Receiver, (ii) appointing Paul Steven Singerman, Esq., as the successor receiver in this matter (the "Successor Receiver"), and (iii) granting such further relief the Court deems just and proper.

Dated: June 4, 2025

Respectfully Submitted:

By: /s/ Christopher Andrew Jarvinen
Paul Steven Singerman, Esq.
singerman@bergersingerman.com
Christopher Andrew Jarvinen, Esq.
cjarvinen@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*Attorneys for James S. Feltman, Receiver*

35032607-3