UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                           :

IN RE SMERLING LITIGATION.            :
                                           :           21 Civ. 2552 (JPC)
                                           :
                                           :                <u>ORDER</u>
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

        Any opposition to the Receiver's motion for compensation, Dkt. 312, and to appoint a successor receiver, Dkt. 316, must be filed by June 12, 2025. If no opposition is filed by that date, the Court will enter the proposed orders granting the motions.

        SO ORDERED.

Dated: June 5, 2025
           New York, New York

                                                           _____
                                                                  JOHN P. CRONAN
                                                            United States District Judge