UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

IN RE SMERLING LITIGATION.

---------------------------------------------------------------------- X

21 Civ. 2552 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

By November 30, 2026, the Successor Receiver shall file a letter advising as to the status of closing the receivership.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge